**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants.*

Civil Action No. 1:26-cv-803

**PLAINTIFFS' MOTION TO PROCEED PSEUDONYMOUSLY**

Plaintiffs, by and through their counsel, respectfully move this Court to permit them to proceed pseudonymously due to the increased risk of danger they would face if their information were to be publicly disclosed. Approving this motion will safeguard Plaintiffs' privacy as well as their physical and emotional wellbeing without prejudicing Defendants or the public.

In support of this motion, Plaintiffs state the following:

1. Plaintiffs are children who are or will be denied medical coverage for the treatment of gender dysphoria and parents of those children.
2. As set forth in the accompanying Memorandum of Law, the applicable factors

warrant granting Plaintiffs that relief. Specifically, (1) Plaintiffs face severe risk of harm from disclosure of their names; (2) using pseudonyms would grant Plaintiffs the security, safety, and peace of mind to continue with this action; and (3) Plaintiffs' privacy interests outweigh any public interest in revealing their names to the public.

3. For the foregoing reasons, as well as those expressed in the Memorandum of Law filed herewith, Plaintiffs respectfully request that this Court GRANT this motion and permit them to proceed under pseudonyms.

4. On October 1, 2026, the undersigned counsel conferred with counsel for the United States, who advised the government takes no position on this motion but reserves the right to respond.

/ / /

**GLBTQ LEGAL ADVOCATES & DEFENDERS (GLAD LAW)**

Joshua D. Rovenger (pro hac vice forthcoming)
Chris Erchull NH Bar No. 266733
Lisa Rodriguez-Ross (pro hac vice forthcoming)
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jrovenger@gladlaw.org
cerchull@gladlaw.org
erodriguezross@gladlaw.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**

Gilles R. Bissonnette NH Bar No. 265393
Henry R. Klementowicz NH Bar No. 21177
Maria D. Savarese NH Bar No. 273285
Concord, NH 03301
Telephone: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

**NATIONAL CENTER FOR LGBTQ RIGHTS**

Rachel Berg (pro hac vice forthcoming)
1401 21st Street #11548
Sacramento, California 95811
Telephone: (415) 365-1338
rberg@nclrights.org

**ROBINSON & COLE LLP**

Seth B. Orkand (pro hac vice pending)
Kendra L. Berardi (pro hac vice pending)
53 State Street, 32nd Floor
Boston, MA 02109
Telephone: (617) 557-6900
sorkand@rc.com
kberardi@rc.com

Danielle H. Tangorre (pro hac vice forthcoming)
111 Washington Avenue, Third Floor
Albany, NY 12210
Telephone: (518) 432-7841
dtangorre@rc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion, the attached memorandum of law, attached exhibits, and proposed order will be served concurrently with the service of the Summonses and Complaint in this matter upon the following defendants and, as required by Fed. R. Civ. P. 4(i)(1), upon the United States Attorney for the District of New Hampshire and the Attorney General of the United States, by certified mail, return receipt requested. To facilitate expedited consideration, courtesy copies will also be transmitted by electronic mail to the Civil Division of the United States Attorney's Office for the District of New Hampshire and the Federal Programs Branch of the Department of Justice.

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES
200 Independence Ave. SW
Washington, DC 20201

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the U.S. Department
of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

CENTERS FOR MEDICARE AND
MEDICAID SERVICES
7500 Security Boulevard
Baltimore, MD 21244-1850

MEHMET OZ, in his official capacity as
Administrator of the Centers for Medicare and
Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244-1850

UNITED STATES ATTORNEY FOR THE
DISTRICT OF NEW HAMPSHIRE
53 Pleasant Street, 4th Floor
Concord, NH 03301]

ATTORNEY GENERAL OF THE
UNITED STATES
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Dated: October 1, 2026

*<u>/s/ Chris Erchull</u>*
Chris Erchull