**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,<br><br>*Defendants.* | Civil Action No. 1:26-cv-803 |

**PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65(a), Plaintiffs Gina Goe, individually and as parent and next friend of Grace Goe; Karla Koe, individually and as parent and next friend of Kylie Koe; Laura Loe, individually and as parent and next friend of Logan Loe; and Melissa Moe, individually and as parent and next friend of Maya Moe (collectively, "Plaintiffs") hereby move the Court for a preliminary injunction enjoining Defendants U.S. Department of Health and Human Services ("HHS"); Robert F. Kennedy, Jr., in his official capacity as Secretary of HHS; the Centers for Medicare & Medicaid Services ("CMS"); and Mehmet Oz, in his official capacity as Administrator of CMS (collectively, "Defendants"), any subagencies of HHS, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, from implementing, enforcing, or applying the Final Rule titled *Prohibition on Federal*

*Medicaid and Children's Health Insurance Program Funding for Sex-Rejecting Procedures Furnished to Children*, 91 Fed. Reg. 52,406–52,474 (Aug. 13, 2026) (to be codified at 42 C.F.R. §§ 441.800–441.802 and 42 C.F.R. § 457.476), prohibiting Federal Financial Participation ("FFP") for evidence-based treatments for gender dysphoria—including puberty-suppressing medications and hormone therapy—as to Plaintiffs. Plaintiffs seek this injunction of the Rule insofar as it prohibits FFP for puberty-suppressing medications and hormone therapy; they do not challenge in this motion the Rule's separate prohibition on FFP for surgical procedures, which no Plaintiff is seeking.

As Plaintiffs discuss in greater detail in the Memorandum in Support of Plaintiffs' Expedited Motion for Preliminary Injunction, the Rule exceeds CMS's statutory authority, conflicts with the Medicaid Act's Early and Periodic Screening, Diagnostic and Treatment and comparability requirements, and is arbitrary and capricious.

The grounds for this motion are set forth in the attached memorandum of law and accompanying exhibits.

Because the Rule takes effect on **October 13, 2026,** Plaintiffs respectfully request expedited briefing and a hearing on this motion at the Court's earliest convenience. If this Court is unable to issue a preliminary injunction decision by October 13, 2026, Plaintiffs respectfully request that this Court issue a temporary restraining order enjoining enforcement of the Rule as to Plaintiffs while Plaintiffs' Motion for Preliminary Injunction remains pending.

Because this memorandum exceeds the fifteen-page limit of LR 7.1(a)(3), Plaintiffs are contemporaneously filing an assented-to motion for leave to file excess pages.

Dated: October 1, 2026

Respectfully submitted,

*/s/ Chris Erchull*
Chris Erchull

**GLBTQ LEGAL ADVOCATES & DEFENDERS (GLAD LAW)**

Joshua D. Rovenger (pro hac vice pending)
Chris Erchull NH Bar No. 266733
Lisa Rodriguez-Ross (pro hac vice pending)
18 Tremont Street, Suite 950
Boston, MA 02108
Telephone: (617) 426-1350
jrovenger@gladlaw.org
cerchull@gladlaw.org
erodriguezross@gladlaw.org

**AMERICAN CIVIL LIBERTIES UNION OF NEW HAMPSHIRE**

Gilles R. Bissonnette NH Bar No. 265393
Henry R. Klementowicz NH Bar No. 21177
Maria D. Savarese NH Bar No. 273285
Concord, NH 03301
Telephone: (603) 224-5591
gilles@aclu-nh.org
henry@aclu-nh.org
maria@aclu-nh.org

**NATIONAL CENTER FOR LGBTQ RIGHTS**

Rachel Berg (pro hac vice pending)
1401 21st Street #11548
Sacramento, California 95811
Telephone: (415) 365-1338
rberg@nclrights.org

**ROBINSON & COLE LLP**

Seth B. Orkand (pro hac vice pending)
Kendra L. Berardi (pro hac vice pending)
53 State Street, 32nd Floor
Boston, MA 02109
Telephone: (617) 557-6900
sorkand@rc.com
kberardi@rc.com

Danielle H. Tangorre (pro hac vice pending)
111 Washington Avenue, Third Floor
Albany, NY 12210
Telephone: (518) 432-7841
dtangorre@rc.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion, the attached memorandum of law, attached exhibits, and proposed order will be served concurrently with the service of the Summonses and Complaint in this matter upon the following defendants and, as required by Fed. R. Civ. P. 4(i)(1), upon the United States Attorney for the District of New Hampshire and the Attorney General of the United States, by certified mail, return receipt requested. To facilitate expedited consideration, courtesy copies will also be transmitted by electronic mail to the Civil Division of the United States Attorney's Office for the District of New Hampshire and the Federal Programs Branch of the Department of Justice.

U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES
200 Independence Ave. SW
Washington, DC 20201

ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of the U.S. Department
of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

CENTERS FOR MEDICARE AND
MEDICAID SERVICES
7500 Security Boulevard
Baltimore, MD 21244-1850

MEHMET OZ, in his official capacity as
Administrator of the Centers for Medicare and
Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244-1850

UNITED STATES ATTORNEY FOR THE
DISTRICT OF NEW HAMPSHIRE
53 Pleasant Street, 4th Floor
Concord, NH 03301]

ATTORNEY GENERAL OF THE
UNITED STATES
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

Dated: October 1, 2026

*<u>/s/ Christiopher Erchull</u>*
Christiopher Erchull