**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants.*

Civil Action No. ____________

**DECLARATION OF GINA GOE IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Gina Goe,[1] hereby declare and state as follows:

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

2. I am a plaintiff in this Action and I am the parent and next friend of my minor child, Grace Goe.

3. I am a resident of New Hampshire. I live in Sullivan County with my two children.

[1] Because of concerns about my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Under Pseudonym*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

4. My daughter Grace is eleven years old. She is a transgender girl. She began treatment for gender dysphoria in or around January 2021, and she has lived as a girl every day since then—for more than half of her life. Grace is a Medicaid beneficiary. Medicaid is her only health insurance.

5. From the time she was very young, Grace was attracted to clothing, toys, and decorations that are usually associated with girls. She loved movies about princesses. She carried around a purse and wore light-up shoes depicting Elsa from the movie Frozen. She asked to wear tutus. I never saw it as a problem that she was feminine, because I always believed a parent should let kids be kids. She was free to be herself.

6. At around the age of five, Grace changed. She suddenly began to have horrific outbursts that were completely out of character for her. She had regular breakdowns at bedtime. She began to say degrading things about herself—that she was "ugly," "stupid," and "can't do anything right." My five-year-old daughter told me that she "should just be dead." On one occasion, her school called a crisis counselor to speak with her because Grace had indicated that she could use scissors to hurt herself.

7. I was terrified for her. I went through her bedroom and removed anything I thought she could use to hurt herself. I did not yet understand what was causing my child so much pain, and I did not know how to keep her safe.

8. In or around January 2021, I took Grace to her pediatrician because I was frightened by how she was suffering. Her pediatrician spoke with Grace at length and told me that what I was describing was consistent with gender dysphoria. She recommended that we allow Grace to live as a girl, using a female name and pronouns, and referred us to a specialized gender

clinic for evaluation. Grace's diagnosis was confirmed by the clinic's providers over the following months.

9. I began speaking to family and friends, letting them know that Grace would be living as a girl. With few exceptions, our friends and family have been extremely supportive. The change in Grace was immediate. Her anxiety and distress subsided. The bedtime breakdowns stopped. She stopped calling herself ugly and stupid, and she stopped talking about being dead. Living as a girl did not just make Grace happier; it made her safe.

10. Since her diagnosis, Grace has been a patient at a gender clinic in New Hampshire, where a pediatric endocrinologist has seen her every six months for years. Her care has been continuous and closely monitored.

11. Grace's pediatric endocrinologist is monitoring her physical development and has told me that Grace will very soon reach Tanner stage 2, the point at which the outward physical changes of male puberty begin. Her next appointment is scheduled for October of 2026.

12. Grace knows what is coming. Although the outward changes of male puberty have not yet begun, she understands that without medication her body will soon begin to change in ways that will make other people see her as a boy. This causes her extreme distress. She is a girl, and her family, her friends, and her classmates all know her as a girl. The idea that her own body could take that away from her is a source of constant fear and anxiety for her.

13. I understand from Grace's doctor that many of the changes of male puberty—including a deeper voice, growth of facial and body hair, an Adam's apple, and changes to the shape of her face and body—are permanent once they occur. Puberty blockers work only if they are started before those changes happen. If Grace misses that window, no medication can undo what has already happened to her body.

14. I know what happened to my daughter before she was able to live as a girl, and I know that if she is forced to go through male puberty, it will be worse. She was five years old when she told me she should be dead. She is eleven now—old enough to understand exactly what is happening to her body and to know that she cannot stop it. I fear that she will not be able to function at school, that she will be singled out and harassed as her body changes, and that she will once again become a danger to herself. I am afraid for my daughter's life.

15. Under the care of Grace's pediatric endocrinologist, we have developed a medical treatment plan. As soon as Grace reaches Tanner stage 2, her doctor will prescribe puberty blockers. I understand that this medication will pause puberty so that Grace does not develop the permanent physical characteristics of an adult male while she continues to grow and mature. Her doctor, Grace, and I all agree that this is the right treatment for her, and it is the only treatment that will prevent the harm I have described.

16. I am a single mother raising two children on a low income. The only way I can afford puberty blockers for Grace is through Medicaid. I understand that this medication costs more than I earn in a year. I do not have any other health insurance for Grace, and I have no savings or other resources I could use to pay for this medication out of pocket. Without Medicaid coverage, my daughter will not receive this medication. That is not a choice; it is simply the reality of our finances.

17. I understand that the federal rule prohibiting Medicaid coverage for this care is scheduled to take effect on October 13, 2026—only weeks from now, and at almost exactly the time Grace's doctor expects her to need this medication. I also understand that the rule provides no transition period for children who need puberty blockers. If the rule takes effect, I know of no

way for Grace to receive puberty blockers when her puberty begins. Her body will start to change, and those changes will be permanent, while this case is being decided.

18. Grace's doctor has recommended this treatment. Grace needs it to treat her gender dysphoria. As her mother, I have decided that it is in her best interest. The rule takes that decision away from us—not because anyone has concluded that this treatment is wrong for my daughter, but because I cannot pay for it myself.

19. The rule is already harming our family. Since I learned of it, I have lived with constant fear about what will happen to Grace. I do not know how I will explain to my daughter that the treatment she has been counting on may be taken away just as she needs it most. I am asking the Court to stop this rule before it is too late for her.

20. I want Grace to proceed under a pseudonym so that she can maintain her privacy during this lawsuit. She is a child. The national and state-level attention on transgender kids in recent years has scared me. Most people in her life do not know that she is transgender. Grace wants agency over who knows personal information about her, especially when it comes to members of the public. We do not know how people will treat Grace if they know her identity and that she is a part of this lawsuit.

21. I also ask to proceed under a pseudonym because using my full name would identify Grace as well. My identity can easily be linked to Grace, especially because we share an unusual last name. Using our real names could expose our family to harassment from being part of this lawsuit. For these reasons, I request that the Court allow us to use pseudonyms in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of September 2026.

Respectfully,

__________________

Gina Goe

Executed this 30 day of September 2026.

Respectfully,

Gina Goe

Gina Goe