**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants.*

Civil Action No. ____________

**DECLARATION OF LAURA LOE IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Laura Loe,[1] hereby declare and state as follows:

**A. Background**

1. I am over the age of 18, of sound mind, and in all respects competent to testify. I have personal knowledge of the information contained in this Declaration and would testify competently to those facts if called to do so.

2. I am a plaintiff in this Action and I am the parent and next friend of my minor child, Logan Loe.

[1] Because of concerns about my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Under Pseudonym*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

3. I am a resident of New Hampshire. I live in Hillsborough County with my daughter and my fiancé.

4. My daughter Logan is fifteen years old. She is a transgender girl. She has lived as a girl since approximately 2021. Logan is a Medicaid beneficiary and has been covered by Medicaid her entire life. Medicaid is her only health insurance.

**B. Logan's Gender Dysphoria and Her Medical Treatment**

5. From the time she was a small child, Logan has consistently understood and expressed herself as a girl. This was not a phase; it has been a constant of her life for as long as I can remember. My fiancé and I encouraged her to play flag football, but she did not enjoy being on a team with boys.

6. When she was nine or ten years old, Logan began to experience extreme anxiety around getting her haircut. I had always kept her hair short, but she made it clear that she wanted to grow it out. During the COVID pandemic, when Logan was not attending school in person, she became increasingly comfortable presenting herself as very feminine at home. At one point in 2021, Logan and I were watching television and somebody on screen mentioned pronouns. I asked Logan what pronouns she preferred, and she told me she wanted to use feminine pronouns.

7. Logan was very close with her grandmother—my mother—who helped me raise her and who was her biggest champion. That year, her grandmother passed away. That was a very difficult time for our family. Soon after her grandmother passed away, Logan came to me and told me that she is transgender. What she told me confirmed what my mother and I had already come to understand about my daughter.

8. Logan has a history of suffering from depression and anxiety. I have taken her to see many counselors, but she does not usually open up to them. She takes medication to treat these conditions, and the medication helps. But she is a quiet and withdrawn teenager.

9. She had success in a group therapy setting with LGBTQ young people after she came out as transgender. She started seeing a therapist at the gender clinic where her pediatrician referred us, and she has continued to see this counselor every few months. This is the only time in her life that she has had a good and sustained relationship with a mental health counselor.

10. During seventh and eighth grade, she was enrolled in public school. She had a very difficult time in school. She experienced bullying and harassment from her peers. Too frequently, she refused to go to school, complaining of stomach pain, anxiety, or grief. I transferred her to a charter school, but there was not an improvement. Now that she is in high school, she studies at home and I supervise her education.

11. Logan was prescribed puberty blockers when she was twelve years old by her pediatric endocrinologist at the gender clinic. Before she was prescribed this medication, she was evaluated by her therapist and by the clinic's medical team, and I attended multiple appointments at which her doctors explained the purpose of the medication, its risks and benefits, and the alternatives. Her doctors, Logan, and I all agreed that this was the right treatment for her. She has now been on puberty blockers for approximately three years. She receives an injection every three months, and the clinic has monitored her closely throughout, including regular blood work and bone density scans. Medicaid has covered all of this care. She has not had any changes to her body associated with masculine puberty. For example, she has never had facial hair and her voice has not changed. Her appearance is very feminine.

12. Her doctors have explained to me that puberty blockers pause puberty; they do not stop it permanently. Her doctors have told me that if Logan stops receiving her medication, masculine puberty will resume within a few months, and that the changes that would follow—a deeper voice, facial hair, an Adam's apple, and changes to her face and bone structure—would be permanent. No later treatment could reverse them.

13. Logan has an appointment at the gender clinic on October 5, 2026, to determine whether she is ready to begin estrogen therapy. Her doctors have explained to me that estrogen would allow her body to develop the feminine characteristics that other girls her age have already developed. She strongly desires to see these changes.

**C. The Rule's Impact on Logan and Our Family**

14. When I told Logan that Medicaid will no longer cover the cost of puberty blockers, she looked at me with terror in her eyes and she asked me, "Wait, does that mean I am not going to have puberty blockers? There's a chance I'll go through puberty?" She is scared, and I am scared for her, that she will not be able to continue with her medical treatment.

15. Logan knows what would happen to her body if her medication stops. She is terrified that other people will begin to see her as a boy. For Logan, this is not an abstract fear. She has already had to leave school because of the bullying and harassment she experienced. If her voice deepens and her face and body begin to change, people in our community will find out at once—not because she chose to tell them, but because her body will tell them for her. She would lose control over the most private fact about herself.

16. We are a low-income family. The only way we can afford puberty blockers for Logan is through Medicaid. The gender clinic has told me that, without insurance, her medication would cost approximately $70,000 per year, which is more than our family income. We have no

other health insurance for Logan and no savings or other resources to pay for this medication out of pocket. My fiancé is not Logan's legal parent and cannot add her to his employer's health plan. No one from New Hampshire Medicaid or from the clinic has told me about any state program that would pay for this care if the federal rule takes effect. Without Medicaid coverage, Logan will not receive this medication. That is not a choice we are making; it is simply the reality of our family's finances.

17. I understand that the federal rule prohibiting Medicaid coverage for this care is scheduled to take effect on October 13, 2026, less than three weeks from now and only eleven days after Logan's appointment at the gender clinic. I also understand that the rule provides no transition period for children who , like Logan, are already receiving puberty blockers, even though it allows a tapering period for children who are already receiving hormone therapy. If the rule takes effect, I know of no way for Logan to continue the medication she has been receiving for the past three years. Her doctors have told me that once her medication stops, her body will begin to go through masculine puberty, and those changes will be permanent. That would happen while this case is being decided, and no decision afterward could undo it.

18. Logan's doctors have recommended this treatment, and they have prescribed and monitored it for three years. Logan wants it and needs it for her well-being. I have decided that it is in her best interest after working for years with her medical treatment team to understand the risks and benefits of treatment. For those three years, Medicaid has covered this care as medically necessary for her. The rule takes that decision away from us—not because anyone who knows my daughter has concluded that this treatment is wrong for her, but because we cannot pay for it ourselves.

19. The rule is already harming our family. Since I learned of it, I have been in a constant state of panic because I do not know how to help my daughter. I have spent hours trying to find some other way to pay for her care, and I have found none. I am asking the Court to stop this rule before it is too late for her.

20. I am asking that Logan be permitted to proceed under a pseudonym to protect her privacy and safety. This case concerns the medical treatment of a teenager for a sensitive condition. Logan is aware of and anxious about the hostility directed at transgender kids nationally and in New Hampshire. Logan wants control over who knows that she is transgender. While she has a supportive family and community, we do not know how other people will treat Logan if they learn that she is a part of this lawsuit.

21. I am also asking to proceed under a pseudonym because using my name would identify Logan. We live in a small community in a small state, and my identity could easily be linked to hers. I therefore ask the Court to allow Logan and me to use pseudonyms in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September 2026.

Laura Loe