**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants.*

Civil Action No. ____________

**DECLARATION OF MELISSA MOE IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM**

I, Melissa Moe,[1] hereby declare and state as follows:

1. I am over the age of 18 and competent to testify. I have personal knowledge of the facts stated in this Declaration and would testify to them if called to do so.

2. I am a plaintiff in this Action and I am the parent and next friend of my minor child, Maya Moe.

[1] Because of concerns about my child's privacy and safety, I am seeking to proceed in this case under a pseudonym. *See Motion to Proceed Under Pseudonym*, filed concurrently herewith. In addition, contemporaneous with signing this declaration, I have signed with my legal name a separate copy of this declaration. My attorneys have a copy of that separate declaration.

3. I am a resident of New Hampshire. I live with my daughter.

4. My daughter Maya is fifteen years old. She is a transgender girl. She has lived as a girl since she was five years old, which is most of her life. Maya has been enrolled in New Hampshire Medicaid since 2016. Medicaid is her only health insurance. I have no employer-sponsored or other coverage available for her.

5. Maya has expressed that she is a girl since she was very young. At around the age of four, she became extremely distressed while shopping for clothes in the boys' section, because she only wanted to wear girls' clothing. One morning, when she was five years old, she woke up and told me that she is a girl.

6. I allowed her to live as a girl, including at school, from around the age of five. No medical treatment was involved at that age. Since then, her identity has been consistent.

7. Her teachers noticed an immediate change in her demeanor when she was recognized as a girl. Before, she was introverted, quiet, and anxious. After she started living as a girl, she became more present and engaged.

8. In April 2019, Maya's pediatrician referred her to a specialized gender clinic, where she was diagnosed with gender dysphoria. Since then, she has gone to the clinic every six months for appointments to monitor her development.

9. In October 2022, after her doctors determined that she had begun puberty, she was prescribed puberty blockers, which were administered every few months by injection. While the medication was effective at delaying puberty, the injections were painful. Maya would also experience serious changes in her demeanor about one or two weeks before she was due for another shot, as the medication wore off. During those periods she was

irritable and depressed. In 2025, Maya's pediatric endocrinologist recommended that she switch to an implanted version of puberty blockers, which she currently has. The implant has kept her mood much more stable.

10. Maya's endocrinologist determined that her implant needs to be replaced at least once before her eighteenth birthday. Once the implant stops working, the medication wears off quickly and testosterone-driven puberty will begin within a few months. Medicaid has covered every injection and the implant since 2022.

11. Maya began estrogen therapy in 2023, which Medicaid has also covered. As a result, she has developed secondary sex characteristics typical of a girl her age. Her doctors have told me that she needs to continue both the puberty blocker and estrogen.

12. Maya began this treatment in 2022, before New Hampshire's law restricting this care for minors took effect on January 1, 2026, and her doctors in New Hampshire have continued to provide it.

13. I made the decision to pursue this treatment for Maya together with her pediatrician, the clinic, and her endocrinologist, after years of monitoring. Based on their advice and on what I have seen in my own daughter, I believe this care is medically necessary for her. The Rule takes that decision away from me and from her doctors.

14. Maya follows the news and knows that the federal government intends to stop Medicaid from paying for puberty blockers and hormones. She is very worried about what will happen to her. Our family cannot afford to pay for this care. We do not have any family or friends who can help with expenses. An implant costs more than $40,000, which is more than my annual income. Estrogen costs approximately $100 per month, in

addition to the cost of monitoring visits and bloodwork. My understanding is that New Hampshire Medicaid will no longer cover her care after October 13, 2026.

15. Maya knows that some of the changes caused by a masculine puberty, including a deeper voice and facial and body hair, are permanent. She is afraid of those changes.

16. When the blocker has worn off for only a week or two, Maya has become withdrawn, irritable, and depressed. Going through a full masculine puberty would be far worse, and the physical changes would be permanent. I am afraid that she would experience severe and lasting depression and that she could become suicidal.

17. The Rule is already harming our family. Since we learned of it, Maya and I have lived with dread about what will happen to her. I have asked her doctor if the implant can be replaced sooner out of fear. I am asking the Court to stop the Rule before it is too late for her.

18. I am asking that Maya be permitted to proceed under a pseudonym to protect her privacy and safety. This case concerns the medical treatment of a fifteen-year-old for a sensitive condition. Maya is aware of and anxious about the hostility directed at transgender kids nationally and in New Hampshire. Maya wants control over who knows that she is transgender. While she has a supportive family and community, we do not know how other people will treat Maya if they learn that she is a part of this lawsuit.

19. I am also asking to proceed under a pseudonym because using my name would identify Maya. We live in a small community in a small state, and my identity could easily be linked to hers. I therefore ask the Court to allow Maya and me to use pseudonyms in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of September 2026.

Respectfully,

Melissa Moe

Melissa Moe