**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants.*

Civil Action No. 1:26-cv-803

**EXPERT DECLARATION OF KATE MILLINGTON, MD IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND PLAINTIFFS' MOTION TO PROCEED UNDER A PSEUDONYM**

I, Kate Millington, M.D., declare as follows:

1. I submit this declaration based on my personal knowledge.

2. I have been retained by Plaintiffs' counsel as an expert in connection with the above-captioned litigation. The opinions expressed herein are my own and do not express the views or opinions of my employer.

3. I have actual knowledge of the matters stated herein. If called to testify, I will testify truthfully based on my expert opinion.

**Professional Background and Qualifications**

4. I am a pediatric endocrinologist and Assistant Professor of Pediatrics, Clinician Educator at Brown University. I earned my medical degree at the Perelman School of Medicine at the University of Pennsylvania. I completed my residency in pediatrics and fellowship in pediatric endocrinology at Boston Children's Hospital. A true and correct copy of my curriculum vitae is attached hereto as **Exhibit A**.

5. I am a member of the American Academy of Pediatrics, the Pediatric Endocrine Society, and the Endocrine Society. I have active licenses to practice medicine in Massachusetts and Rhode Island.

6. I have extensive clinical experience in caring for transgender patients and patients with disorders of sex development as well as a variety of endocrine conditions including disorders of growth and puberty, diabetes, and thyroid disease. The care of transgender youth is the major focus of my clinical practice, research, and teaching. I have been caring for transgender youth since 2018 and have personally cared for hundreds of transgender patients.

7. I currently care for transgender youth in the Gender and Sexuality clinic in the Division of Adolescent Medicine at Hasbro Children's Brown University Health in Rhode Island. The Gender and Sexuality clinic is made up of specialists in adolescent medicine, reproductive health, psychiatry, and pediatric endocrinology, as well as social work.

8. As listed in **Exhibit A**, I have published extensively on the medical care of transgender youth and have peer reviewed scientific abstracts and manuscripts on the topic prior to publication. I have also co-authored a chapter in a medical textbook related to the medical care of transgender youth. My primary research is focused on the medical outcomes of gender affirming care for youth. I have many past publications as well as ongoing research projects examining

outcomes of gender affirming hormones (GAH) and puberty blocking medications in transgender youth. My research has been funded by grants from the National Institutes of Health and the Doris Duke Foundation.

9. I have been invited to give talks at multiple hospitals and conferences about the care of transgender youth and about my research.

10. I am involved in teaching and training medical students, residents, and fellows at Brown University. I am the co-director of the Endocrine Sciences course at the Warren Alpert Medical School of Brown University. In this course I give lectures titled "Puberty" and "Transgender Health."

11. During my fellowship in pediatric endocrinology, I worked in the Gender Multi-specialty (GeMS) clinic at Boston Children's Hospital. GeMS was founded by Dr. Norman Spack in 2007 and is one of the nation's oldest clinics dedicated to the care of transgender youth. I was mentored by the clinicians in the GeMS clinic. While working and training in GeMS, I began doing clinical care and researching the care of transgender youth.

12. My expert opinions are based on my education, training, review of the medical literature, my own research and scholarship, participation in national and regional conferences, and my professional experience.

13. In preparing this declaration, I reviewed the medical literature listed in the bibliography attached hereto as **Exhibit B**.

14. The materials I have relied upon in preparing this declaration are the same types of materials that experts in my field regularly rely on when forming opinions. I may wish to supplement these opinions or the bases for them as a result of new research or publications or in response to statements and issues that may arise in my area of expertise.

15. I am being compensated by counsel for Plaintiffs at a rate of $450 per hour, with a maximum of $3,600 per day. My compensation does not depend on the outcome of this litigation, the opinions I express, or the testimony I provide.

**Introduction to Sex, Gender Identity, and Gender Dysphoria**

16. Sex and gender are both parts of human biology and experience. *Sex* is multifactorial. It typically refers to a composite of several biological attributes including genetics, internal reproductive organs, external genitalia, and gonadal identity, although gender identity is another sex attribute that has a biological basis. In most cases, infants have typically-appearing genitalia and sex is identified based on the impression of the external genitalia by a medical provider at birth.

17. *Gender identity* refers to one's internal sense of self. (Safer & Tangpricha, 2019) Everyone has a gender identity. Gender expression does not always conform to gender identity. (Gülgöz et al., 2019) Gender identity has a biological basis. (Carswell et al., 2022) Most people have a gender identity that conforms with their sex identified at birth. However, some individuals have a gender identity that does not conform with their sex identified at birth. The term *transgender* is used to describe those individuals with a gender identity that is different than the sex identified at birth. (Safer & Tangpricha, 2019).

18. Gender dysphoria is a sustained and significant difference between one's experienced gender and that identified at birth. The criteria for this diagnosis are laid out in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition, Text Revision* (DSM-5-TR) (American Psychiatric Association, 2022). To meet the criteria for a diagnosis of gender dysphoria, patients must experience an incongruence between their gender identity and birth sex leading to impairment in their functioning at school, work, home,

with friends, or in other important areas for at least six months. In my experience, because of the steps necessary to attend a gender specialty clinic, most if not all patients have experienced symptoms of gender dysphoria for much longer than six months by the time of their first clinic visit.

**Current Guidelines and Approach to Treatment of Gender Dysphoria**

19. Several professional guidelines set the standard for the treatment of gender dysphoria today. These include the Standards of Care for the Health of Transgender and Gender Diverse People Version 8 (SOC 8), updated in 2022, and Endocrine Treatment of Gender Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline, published in 2017. (Coleman et al., 2022; Hembree et al., 2017)

20. Pursuant to these guidelines, gender affirming care for minors is broad and may include social transition (e.g., changing name, pronouns, clothing, hair style, etc.), medication, and/or, in rare cases, surgery. (Clark et al., 2025; Coleman et al., 2022; Hembree et al., 2009; Hidalgo et al., 2013; Rosenthal, 2014)

21. For a typical patient, prescription of gender affirming medications comes at the end of a lengthy process. First, the child or adolescent must feel comfortable discussing their identity with their parent or guardian. Then they must obtain a referral from their pediatrician to a gender clinic. This assumes that the pediatrician knows of a gender clinic in their area, can refer there, the clinic is taking new patients, and the patient and family can schedule an appointment and travel to the clinic. Finally, the patient must come to the clinic for an often lengthy intake appointment. In my experience, patients who I meet for the first time have typically understood themselves as transgender for many years before our visit.

**A. Diagnosis of Gender Dysphoria**

22. Referral to a gender specialty clinic typically first requires a diagnosis of gender dysphoria by a mental health or medical provider. To receive this diagnosis, patients must have "a marked incongruence between one's experienced gender and natal gender of at least 6 months" that "is associated with clinically significant distress or impairment in social, occupational, or other important areas of functioning." (American Psychiatric Association, 2022) In my experience transgender youth frequently have a clear incongruence between their gender and birth sex for much longer than six months before they receive a gender dysphoria diagnosis.

23. The first step in the care of transgender youth is a comprehensive mental health assessment by a mental health professional who has been specifically trained in the assessment of transgender youth. This assessment helps the treatment team understand the youth's experience with gender identity and what their goals for treatment are, assess if they meet the diagnosis for gender dysphoria, and identify any co-occurring mental health or social conditions that should be addressed. (Coleman et al., 2022; Hembree et al., 2017; Rosenthal, 2014) In our clinic, all new patients meet with our program director, a clinical social worker, and the clinic medical director, a pediatric psychiatrist. All patients in our clinic are encouraged to have ongoing care with an outside mental health professional. Our program director speaks to the patients' mental health provider to further inform their assessment. Following that assessment, patients who are ready for medical intervention are then seen by a medical provider. Not all patients are ready for a medical visit after the initial assessment.

**B. Endocrine Interventions**

24. Many of the physical characteristics that we perceive as typically male or female (e.g., facial hair, breast development, deep voice, facial structure, etc.) are created under the influence of testosterone or estrogen during puberty. Puberty is a time of transition that happens

in non-transgender girls between ages 8 and 13 years and in non-transgender boys between ages 9 and 14 years. When non-transgender girls go through puberty, their ovaries start to produce estrogen. Estrogen causes physical changes such as breast development, softening of the skin and hair, etc. These changes are typically associated with a feminine appearance. When non-transgender boys go through puberty, their testes start producing testosterone. Testosterone causes physical changes such as a deeper voice, facial hair, and increased body hair that are typically associated with appearing or sounding male.

25. Medical care for transgender youth is time sensitive. If transgender youth do not receive appropriate medical care at the time of puberty, they will undergo physical changes that can only possibly be reversed by surgical intervention later in adulthood or that cannot ever be reversed. They may undergo serious psychological harm, including depression, anxiety, and suicidality.

26. Different interventions may be warranted at different developmental stages, as set out below:

**1. Pre-Pubertal Minors**

27. For children who have not yet reached puberty, treatment guidelines do not recommend the use of hormonal interventions.

**2. Early Pubertal Minors**

28. For those transgender youth who have entered puberty (e.g., achieved Tanner stage II[1] breast development or testicular volume > 3 mL), GnRH analogs (GnRHa) can be used to pause

[1] Tanner staging is a scale used to describe how far a child or adolescent has progressed through puberty. It rates physical signs of development such as breast development, testicular enlargement, pubic hair growth, and genital changes on a scale from I (no puberty) to V (completed puberty). Tanner stage II represents the beginning of pubertal changes.

pubertal development. GnRHa have been used in the treatment of precocious or early puberty since the 1980s. (Carel & Léger, 2008) These medications are versions of the hormone GnRH, which is naturally released in pulses by the brain to start puberty. When given continuously, GnRHa block this signal and pause puberty. GnRHa are reversible and when they are discontinued puberty will resume. GnRHa do not change a patient's body. Instead, they pause changes that would have happened if endogenous puberty progressed. GnRHa give transgender youth more time to explore their gender identity by pausing physical changes that don't match their gender identity. For transgender youth who continue treatment, GnRHa prevent physical changes—like facial hair or breast development—that would otherwise need surgery or may not possibly be able to be reversed later in life. (Coleman et al., 2022; de Vries & Cohen-Kettenis, 2012; Hembree et al., 2017; Rosenthal, 2014)

29. GnRHa have the same physiologic mechanism in gender affirming care as they do in precocious puberty. The same forms of GnRHa are used in both populations. Patients with precocious puberty develop pubertal changes before the typical age of puberty (e.g., 8 years in girls and 9 years in boys). For these patients, treatment with GnRHa typically begins at the time of diagnosis of precocious puberty and is continued until between age 10 and 12 years. So, for patients who start early these medications could be continued for up to 10 years. Studies of children who received GnRHa for precocious puberty in childhood have not shown any long term impact on reproduction or pregnancy. (Lazar et al., 2014) Transgender youth would not be treated with GnRHa alone for this length of time. (Hembree et al., 2017; Coleman et al., 2022) Therefore, children with precocious puberty treated with the same GnRHa medications would have their puberty paused for as long or longer than transgender youth. Long term data in this population have shown that GnRHa are safe for long term use.

### 3. Gender Affirming Hormones

30. The medical care of transgender adolescents is aimed at bringing the physical body in line with one's gender identity. Hormones (estrogen or testosterone) are used to produce physical characteristics that would be in line with the patient's gender. For example, for someone who was identified as female at birth but has a male gender identity, testosterone would produce a deep voice and body and facial hair to allow the person to appear masculine. For a person who was identified as male at birth who has a female gender identity, estrogen would produce breast development and fat redistribution amongst other changes that would allow them to appear feminine.

31. All the medications used in the care of transgender patients including testosterone, estrogen, and GnRHa are commonly used to treat other conditions in youth and adolescents (e.g., hypogonadism, early or delayed puberty, gonadal insufficiency, etc.). Testosterone is given to non-transgender boys who have not entered puberty by the typical time for the same reason it is given to transgender boys, to produce physical characteristics that are in line with their gender identity. Likewise, estrogen is given to non-transgender girls who do not go through puberty at the normal time to produce feminine physical characteristics as well as to prevent osteoporosis, mature the uterus, and produce a menstrual cycle.

## C. Current Medical Research on Transgender Medical Care

32. To help clinicians make medical decisions, medical societies write clinical guidelines. Clinical guidelines are written by groups of experts after a careful review of the available literature. Such a review would include review of observational studies, case reports and series, RCTs, and expert opinion. The guidelines that guide the care of transgender youth were written in this fashion. (Coleman et al., 2022; Hembree et al., 2017)

33. The literature on outcomes of GnRHa and GAH in transgender youth has also been summarized in several systematic reviews (Baker et al., 2021; Doyle et al., 2023; Thompson et al., 2023; Heathcote et al., 2024; Taylor, Hall, Heathcote, Hewitt et al., 2024b, 2024a; Taylor, Mitchell, Hall, Heathcote et al., 2024; Taylor, Mitchell, Hall, Langton et al., 2024; Miroshnychenko et al., 2025a; Miroshnychenko et al., 2025b) and reports. (Cass, 2024; Dopp et al., 2024; Strohecker et al., 2024)

34. These systematic reviews cover an overlapping body of evidence and have reached similar conclusions with regards to the positive outcomes associated with gender affirming medical care.

35. A report commissioned by the Utah Department of Health and Human Services, at the direction of the Utah Legislature as part of the moratorium on gender affirming care for youth enacted in January 2023, and completed by the University of Utah, which again reviewed the same body of literature, reached the following conclusion: "The conventional wisdom among non-experts has long been that there are limited data on the use of [gender affirming hormone therapy] in pediatric patients with [gender dysphoria]. However, results from our exhaustive literature searches have led us to the opposite conclusion." And "[t]he consensus of the evidence supports that the treatments are effective in terms of mental health, psychosocial outcomes, and the induction of body changes consistent with the affirmed gender in pediatric [gender dysphoria] patients. The evidence also supports that the treatments are safe in terms of changes to bone density, cardiovascular risk factors, metabolic changes, and cancer." (Strohecker et al., 2024)

36. The majority of transgender youth who begin gender affirming therapy continue therapy. Of the minority of transgender youth who discontinue gender affirming therapy, many discontinue medical therapy as part of their gender expression goals (e.g., using gender affirming

hormones for a short time for specific changes). Recent longitudinal studies of transgender youth treated in Oregon and New Jersey found that the rate of regret is extremely low—only 0.7% and 2.3% respectively of youth regretted starting hormone or GnRHa therapy. (Crabtree et al., 2024; Olson et al., 2024)

**Benefit and Safety of Gender Affirming Care**

**A. Benefits**

37. It is important to keep in mind that the primary goal of medical treatment for gender dysphoria is to treat the patient's gender dysphoria by bringing the person's body into alignment with their identity and as a result, reduce the significant distress and anxiety that such misalignment causes that person. And while, as explained below, gender affirming medical treatment has additional mental health benefits, particularly when co-morbidities are associated with the patient's gender dysphoria, gender affirming medical care is not meant to treat all of a person's mental health conditions, which may be unrelated to gender dysphoria or may be attendant to other stressors associated with being transgender, such as the stress caused by discrimination, harassment, and alienation.

38. With that in mind, it is important to understand that treatments such as GnRHa are meant to *prevent* the worsening of dysphoria, the deterioration of mental health, and the development of further body dissatisfaction, whereas the purpose of GAH is to attain feminization or masculinization of the transgender person's body, and thus *decrease* gender dysphoria and associated distress.

39. Consistent with those principles, the scientific literature shows that gender affirming medical care is effective to treat gender dysphoria. Although the treatment of transgender youth has been part of medical care of transgender people for decades (Carswell et al., 2022), the

first publications to suggest that medical treatment for transgender youth may treat gender dysphoria were published by the group in the Netherlands. (A. de Vries et al., 2011; Delemarre-van de Waal et al., 2006; Gooren et al., 2011) In the first observational study (de Vries et al., 2011), the authors reported on 70 transgender patients (33 designated male at birth and 37 designated female at birth) who received GnRHa in childhood followed by GAH. They found that gender dysphoria as measured by the Utrecht Gender Dysphoria Scale[2] did not change during GnRHa use. A follow up report of 55 of these participants found that gender dysphoria did decrease significantly after GAH therapy. (A. L. C. de Vries et al., 2014) This is expected. GnRHa do not change the outside appearance but rather pause ongoing changes. Only once the external body is changed by GAH did participants note improvement in their gender dysphoria. Thus, although GnRHa did not improve gender dysphoria, they were effective in preventing the increase of gender dysphoria as the adolescent progressed through puberty. The subsequent use of GAH, following GnRHa treatment, then improved gender dysphoria, as they cause body changes that better aligned the patient's physical appearance with their identity.

40. Since then, multiple studies have documented the efficacy of GnRHa at preventing increased gender dysphoria and GAH at decreasing/improving an adolescent's gender dysphoria, as well as improving their mental and psychosocial functioning.[3]

---

[2] Notably, there are various scales and measures that have been developed and used to measure gender dysphoria, including measures about body satisfaction and appearance congruence. (Strauss et al., 2024)

[3] For pubertal suppression, see for example: de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*, 8(8), 2276-2283; Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214; Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2):e20191725; van der Miesen, A.I., Steensma, T.D., de Vries,

41. With regards to GnRHa, systematic reviews of these studies document that the studies found either "no change before and after" receiving GnRHa in measurements of gender dysphoria and body satisfaction (Taylor et al., 2024a), which is the intention of this treatment for those measures, or "that gender dysphoria may be lower . . . after receiving puberty blockers compared with before." (Miroshnychenko et al., 2025a)

---

A.L., *et al*. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared with Cisgender General Population Peers. *Journal of Adolescent Health*, 66(6), 699-704; Achille, C., Taggart, T., Eaton, N.R., *et al*. (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8), 1-5; and McGregor, K., McKenna, J. L., Williams, C. R., Barrera, E. P., & Boskey, E. R. (2024). Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment. *The Journal of adolescent health*, *74*(4), 801–807.

For GAH, see for example: Chelliah, P., Lau, M., & Kuper, L. E. (2024). Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. *The Journal of Adolescent Health*, S1054-139X(24)00005-3; Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A. & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Medicine*, *388*(3), 240-250; Turban, J. L., King, D., Kobe, J., Reisner, S. L., & Keuroghlian, A. S. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One*, *17*(1), e0261039; Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30(11), 1755–1767; Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8; Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*, 145(4); Achille, C., Taggart, T., Eaton, N.R., *et al*. (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8), 1-5; de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48; and Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

42. With regards to GAH, studies looking at other markers of gender dysphoria such as appearance congruence or body satisfaction have found that such gender affirming medical treatments lead to an improvement. (Achille et al., 2020; Chen et al., 2023; Kuper et al., 2020) This is further documented in the systematic reviews looking at the body of evidence. For example, Miroshnychenko et al. (2025b) documented that comparative observational studies have shown that gender dysphoria for patients who received GAH "may be lower" than in "those who did not" and that before-after studies similarly show decreased gender dysphoria after treatment with GAH. Similarly, Taylor et al. (2024b) documented that studies looking at the provision of GAH for adolescents reported "reduction in dysphoria."

43. As noted, gender affirming medical treatment has the added benefit of improving transgender adolescent patients' mental health, wellbeing, and quality of life, particularly when the patient's mental health co-morbidities are associated with their gender dysphoria. There have been many studies that have shown that medical gender affirming care for youth decreases depression and anxiety, improves psychosocial functioning and overall wellbeing, and decreases suicidality and self-harm. (Achille et al., 2020; L. R. Allen et al., 2019; Chen et al., 2023; Costa et al., 2015; A. de Vries et al., 2011; A. L. C. de Vries et al., 2014; Fisher et al., 2024; Khatchadourian et al., 2014; McGregor et al., 2024; Tordoff et al., 2022; van der Miesen et al., 2020)

44. To highlight relevant examples, Green et al. (2021) reported that gender-affirming hormone therapy is correlated with reduced rates of depression and suicidality among transgender adolescents. Similarly, Turban et al. (2022) found that access to gender-affirming hormone therapy in adolescence is associated with favorable mental health outcomes in adulthood compared to individuals who could not access hormonal interventions. Moreover, Chelliah et al. (2024) demonstrated reductions in body dissatisfaction, victimization, depression, and anxiety as well as

improvements in psychosocial functioning one year after patients initiated medical treatment at a multidisciplinary gender-affirming program.

**B. Safety**

45. Like all medications, GnRHa have side effects. However, side effects from GnRHa are relatively rare. In children and adolescents, side effects can include local reactions at the injection site such as the formation of a fluid pocket (sterile abscess), and temporary hot flashes because of a drop in estrogen. (Popovic et al., 2022) Seizures have been reported in a few case reports as have fractures at the growth plate in the hip (slipped capital femoral epiphysis). (Bangalore Krishna et al., 2019) There were six cases of increased pressure around the brain reported in children receiving GnRHa. However, in a large study of more than 400 transgender individuals receiving GnRHa, there were no cases of increased intracranial pressure. (Karamanis et al., 2023) Side effects can occur in patients receiving GnRHa for any indication. There have been few to no reports of adverse effects of GnRHa in transgender youth. (Khatchadourian et al., 2014)

46. In transgender youth, who go on to receive GAH after GnRHa, there are two additional potential adverse effects to consider: fertility potential and bone health. (Betsi et al., 2024; Rosenthal, 2014)

47. A discussion of fertility, the impact of medications on fertility, and options for fertility preservation is part of the counseling before starting any gender affirming medications. The conversation starts at the initial medical visit and is revisited again at key junctions in the treatment journey. The guidelines include a recommendation that all transgender youth receiving gender affirming medications receive fertility preservation and, if desired by the patient, be referred to a fertility specialist. (Coleman et al., 2022; Hembree et al., 2017)

48. GnRHa temporarily stop the development of eggs and sperm. If treatment is stopped—either before starting GAH or later in adulthood—fertility will resume normally. Long-term studies have shown that people who use GnRHa have the same rates of pregnancy and pregnancy outcomes as those who do not. (Lazar et al., 2014; Martinerie et al., 2021)

49. If GnRHa treatment is followed by GAH, eggs or sperm may never fully develop. In adulthood, individuals can choose to stop treatment to allow puberty and gamete development to resume, or explore other options for building a family—such as egg or sperm donation, embryo adoption, or adoption. (Cheng et al., 2019; De Roo et al., 2025) For transgender youth starting GAH without prior GnRHa, current guidelines recommend discussing fertility preservation, like banking eggs or sperm. (Coleman et al., 2022; Hembree et al., 2017) However, even if they are unable to preserve eggs or sperm, there is growing evidence that some transgender adults who have used GAH have had successful pregnancies and births. (Baram et al., 2019; De Roo et al., 2025; Light et al., 2014)

50. Gender affirming care is not the only area in pediatrics where fertility may be affected, and fertility preservation is recommended. For example, chemotherapy poses a high and well-known risk of infertility. Yet even in that setting, fertility preservation is not routinely done due to various barriers. (Johnson et al., 2017; Yang et al., 2024) For any treatment that may impact fertility, patients, families, and care teams should discuss the risks and benefits, including the consequences of delaying or avoiding treatment.

51. Puberty is a time of peak bone mass accrual, and estrogen and testosterone are important for the development of bone mass. The bone mass that is accumulated during puberty determines lifetime skeletal health, and impaired bone mass accrual during this time can increase the risk of osteoporosis in adulthood. There have been multiple studies of bone health in

transgender individuals. (Guss et al., 2022; Joseph et al., 2019; Klink et al., 2015; Lee, 2023; Lee et al., 2020; Navabi et al., 2021; Schagen et al., 2020; Van Der Loos et al., 2022; Vlot et al., 2017) In general, these studies have found that GnRHa pause bone mass accrual and that once patients receive GAH their bone mass accrual resumes and they develop normal bone mass.

52. Multiple studies have found that transgender youth designated male at birth have lower bone mineral density compared to their peers *before* receiving GnRHa. (Hodax et al., 2023; Klaver et al., 2020; Lee et al., 2020; Navabi et al., 2021; Schagen et al., 2020; Vlot et al., 2017) These studies also found that transgender youth have lower Vitamin D levels, report lower calcium intake, and lower physical activity levels than their non-transgender peers. Vitamin D, calcium, and physical activity are factors that improve bone health. I recommend that all my patients take vitamin D supplements, get the recommended daily amount of calcium (1300 mg for adolescents), and engage in physical activity. I have never had a patient receiving gender affirming medical care sustain a broken bone without a clear cause (e.g., falling from a horse, sports injury, etc.).

53. Many of the older studies on bone health only included short term outcomes. One recent article by van der Loos et. al., looked at 75 individuals (25 designated male at birth and 50 designated female at birth) with over nine years of follow-up. This study found that during GnRHa treatment, bone mineral density decreased when compared to age and sex matched peers, however, after treatment with GAH bone density recovered to match their peers with the exception of one site, the lumbar spine, in those designated male at birth. (Van Der Loos et al., 2022)

54. In summary, although bone mineral density does decrease compared to peers during GnRHa, it recovers after GAH treatment.

**Conclusion**

55. Gender dysphoria is a sustained and significant difference between one's experienced gender and their identified sex at birth. Treatment for gender dysphoria has existed for over 100 years, and the care of transgender youth has been an integral part of the field of gender medicine for decades. Studies conducted during that time have consistently shown that transgender youth, whose sex assigned at birth does not match their gender identity, benefit from medical care to bring their physical body in line with their gender identity.

56. The overwhelming conclusion from the available medical research, including systematic reviews, is that medical interventions for transgender youth improve gender dysphoria, anxiety, depression, and psychological well-being. In particular, puberty blocking medications have been consistently shown to achieve their intended purpose of preventing the worsening of gender dysphoria, and GAH have similarly been shown to improve gender dysphoria in adolescents.

57. The evidence used to guide decision making in the care of transgender youth is no different in terms of its quality than the evidence in other areas of pediatrics. Likewise, the medications used in the care of transgender youth are safe and routinely used in other pediatric endocrine conditions. Side effects from medications are relatively rare and easily managed. The care of transgender youth is complex, as are many clinical scenarios in pediatrics and medicine. The people best suited to help guide youth and their families through these decisions are mental health and medical providers with specific expertise in the field of transgender youth care, patients, and their families.

58. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September 2026.

Kate Millington

Kate Millington, M.D.

# Exhibit A

July 2026

# CURRICULUM VITAE
Kate Millington

Division of Pediatric Endocrinology and Diabetes
Hasbro Children's Brown University Health
111 Plain St Providence RI 02903
Phone: 401-444-5504

## EDUCATION

| | | |
|---|---|---|
| 2007 | BA (Liberal Arts) | Bard College at Simon's Rock |
| 2008 | BS (Biomedical Engineering) | Fu Foundation School of Engineering<br>Columbia University |
| 2014 | MD | Perelman School of Medicine<br>University of Pennsylvania |

## POSTGRADUATE TRAINING

| | | |
|---|---|---|
| 2014 - 2017 | Residency, Pediatrics | Boston Combined Residency Program<br>Boston Children's Hospital<br>Boston Medical Center |
| 2017 – 2020 | Fellowship, Pediatric Endocrinology | Boston Children's Hospital |

## POSTGRADUATE HONORS AND AWARDS

| | | |
|---|---|---|
| 2011 | Medical Student Research Program | NIDDK |
| 2014 | Medical Student Award | Endocrine Society |
| 2017 | Medical Student Teaching Award | Harvard Medical School |
| 2017 | Farley Fellows Award | Boston Children's Hospital |
| 2017 | Travel Award | Pediatric Endocrine Society |
| 2018 | BCH Alumni Travel Award | Boston Children's Hospital |
| 2018 | Fellow Teaching Award | Boston Combined Residency Program |
| 2018 - 2022 | Faculty Teaching Honor Roll | Boston Combined Residency Program |
| 2020 | Best Novel Insight Paper | Pediatric Endocrine Society |
| 2025 | Dean's Excellence in Teaching | Warren Alpert Medical School |
| 2025 | Positive Champions of the Learning Environment | Warren Alpert Medical School |

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

| | |
|---|---|
| 2017 | Massachusetts Medical License |
| 2017 | Certification in General Pediatrics, American Board of Pediatrics |
| 2020 | Certification in Pediatric Endocrinology, American Board of Pediatrics |
| 2022 | Rhode Island Medical License (MD18450) |

ACADEMIC APPOINTMENTS

| | |
|---|---|
| 2022 - Present | Assistant Professor of Pediatrics, Warren Alpert Medical School |
| 2020 - 2022 | Instructor in Pediatrics, Harvard Medical School |
| 2020 - 2022 | Instructor in Pediatrics, Boston University School of Medicine |

HOSPITAL APPOINTMENTS

| | |
|---|---|
| 2025 – Present | Consultant, TransHealth |
| 2022 - Present | Attending Physician, Pediatric Endocrinology and Diabetes, Hasbro Children's Brown University Health |
| 2020 - 2022 | Attending Physician, Pediatric Endocrinology, Boston Children's Hospital |
| 2020 - 2022 | Attending Physician, Pediatric Endocrinology, Boston Medical Center |

OTHER APPOINTMENTS

| | |
|---|---|
| 2020 – 2023 | Scientific Symposium Abstract Review Committee United States Professional Association for Transgender Health |
| 2023 – Present | Member, Newborn Screening Advisory Committee |
| 2023 – Present | Rhode Island T1D Screening Committee |
| 2024 | Judge, 18th Warren Alpert Medical School Academic Symposium |
| 2024 – Present | Abstract Reviewer, Pediatric Endocrine Society |
| 2023 – Present | Faculty Mentor, LGBTQ+ Healthcare and Advocacy Scholarly Concentration, Warren Alpert Medical School |
| 2024 – Present | Reviewer, Alpert Medical School Summer Research Assistantships |
| 2025 – Present | Reviewer, UpToDate |
| 2025 | Mentor, PedsENDO Discovery Program, Pediatric Endocrine Society |
| 2025 | U.S. Coalition for Early T1D Action, Ariadne Labs, T.H. Chan School of Public Health, Harvard University and Brigham and Women's Hospital |
| 2025 – Present | Expert Member, Ask the Experts, Barbara Davis Center for Diabetes, University of Colorado Anschutz Medical Campus |
| 2026 | Abstract Reviewer, GLMA Annual Conference on LGBTQ+ Health |
| 2026 – Present | Member, Subboard of Pediatric Endocrinology, The American Board of Pediatrics |

Journal Reviewer

| | |
|---|---|
| Journal of Adolescent Health | 2020, 2026 |
| European Journal of Pediatrics | 2023 |
| Transgender Health | 2023, 2024, 2025 |
| BMC Medical Education | 2024 |
| BMC Endocrine Disorders | 2025 |
| BMJ Open | 2025 |

| | |
|---|---|
| Nature Medicine | 2025 |
| Diabetes, Obesity, Cardiometabolic CARE | 2026 |
| American Journal of Health Promotion | 2026 |

HOSPITAL COMMITTEES

| | |
|---|---|
| 2018 – 2022 | Hypoglycemia Committee, Boston Children's Hospital |
| 2019 – 2020 | IPASS Implementation Committee, Boston Children's Hospital |
| 2020 – 2022 | GENESIS Scientific Review Committee, Boston Children's Hospital |
| 2022 - Present | Pediatric Endocrine Fellowship Clinical Competency Committee, Hasbro Children's Brown University Health |
| 2025 - Present | Congenital Hypothyroidism Quality Improvement, Hasbro Children's Brown University Health |

MEMBERSHIP IN SOCIETIES

| | |
|---|---|
| 2014 – 2022 | Massachusetts Medical Society |
| 2014 – Present | American Academy of Pediatrics |
| 2015 – Present | Endocrine Society |
| 2017 – Present | Pediatric Endocrine Society |
| 2019 – 2022 | United States Professional Association for Transgender Health |
| 2019 – 2022 | World Professional Association for Transgender Health |
| 2020 – 2022 | Society for Pediatric Research, In – training member |
| 2025 – Present | Society for Pediatric Research |

PUBLICATIONS LIST

ORIGINAL PUBLICATIONS IN PEER-REVIEWED JOURNALS

1. **Millington K**, Miller V, Rubenstein RC, Kelly A. Patient and parent perceptions of the diagnosis and management of cystic fibrosis-related diabetes. Journal of clinical & translational endocrinology. 2014 Jul 11; 1(3): 100-107.

2. **Millington K**, Charrow A, Smith J. Case Series: Minocycline-Associated Thyroiditis. Hormone research in Paediatrics. 2019 Jan 1; 92(4): 276-283.

3. Ahmed F, Zeve D, **Millington K**, Rea C. 11-year old boy with facial hair, acne and deepened voice. BMJ case reports. 2019 Mar 20; 12(3).

4. **Millington K**, Liu E, Chan Y. The Utility of Potassium Monitoring in Gender-Diverse Adolescents Taking Spironolactone. Journal of the Endocrine Society. 2019 Apr 4; 3(5): 1031-1038.

5. Tremblay E, **Millington K**, Monuteaux M, Bachur R, Wolfsdorf J. Plasma β-Hydroxybutyrate for the Diagnosis of Diabetic Ketoacidosis in the Emergency Department. Pediatric emergency care. 2020 Feb 1.

6. **Millington K**, Schulmeister C, Finlayson C, Grabert R, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan Y. Physiological and Metabolic Characteristics of a Cohort of Transgender and Gender-Diverse Youth in the United States. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2020 May 13.

7. **Millington K**, Hayes K, Pilcher S, Roberts S, Vargas SO, French A, Veneris J, O'Neill AF. A serous borderline ovarian tumour in a transgender male adolescent. British journal of cancer. 2021 Feb 1; 124(3): 567-569.

8. Maru J, **Millington K**, Carswell J. Greater Than Expected Prevalence of Type 1 Diabetes Mellitus Found in an Urban Gender Program. Transgender health. 2021 Feb 15; 6(1): 57-60.

9. **Millington K**, Finlayson C, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan Y. Association of High-Density Lipoprotein Cholesterol With Sex Steroid Treatment in Transgender and Gender-Diverse Youth. JAMA pediatrics. 2021 May 1; 175(5): 520-521.

10. Schulmeister C, **Millington K**, Kaufman M, Finlayson C, Kennedy JO, Garofalo R, Chan Y, Rosenthal SM. Growth in Transgender/Gender-Diverse Youth in the First Year of Treatment With Gonadotropin-Releasing Hormone Agonists. The Journal of adolescent health: official publication of the Society for Adolescent Medicine. 2021 Jul 24.

11. **Millington K**, Chan Y. Lipoprotein subtypes after testosterone therapy in transmasculine adolescents. Journal of clinical lipidology. 2021 Nov 1; 15(6): 840-844.

12. Aamodt K, Fitzgerald S, Hanono A, Majzoub J, **Millington K**, Richmond T, Peeler K. Severe Hypernatremia in an Adolescent With Anorexia Nervosa. Clinical pediatrics. 2021 Dec 1; 60(14): 586-590.

13. Pollock NI, Flamand Y, Zhu J, **Millington K**, Stevenson K, Silverman L, Vrooman L, Cohen L. Hyperglycemia during induction therapy for acute lymphoblastic leukemia is temporally linked to pegaspargase administration. Pediatric blood & cancer. 2021 Dec 21: e29505.

14. Andzelm MM, Balasubramaniam S, Yang E, Compton AG, **Millington K**, Zhu J, Anselm I, Rodan LH, Thorburn DR, Christodoulou J, Srivastava S. Expansion of the clinical and neuroimaging spectrum associated with NDUFS8-related disorder. JIMD Rep. 2022 Aug 23;63(5):391-399.

15. **Millington K**, Barrera E, Daga A, Mann N, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan YM. The effect of gender-affirming hormone treatment on serum creatinine in transgender and gender-diverse youth: implications for estimating GFR. Pediatr Nephrol. 2022 Sep;37(9):2141-2150.

16. Tremblay ES, **Millington K**, Wu Y, Wypij D, Yang Y, Agus MSD, Wolfsdorf J. Utility of plasma beta-hydroxybutyrate to define resolution of diabetic ketoacidosis. Pediatr Diabetes. 2022 Dec;23(8):1621-1627.

17. Kempf AM, Burns ZT, Guss CE, **Millington K**, Pilcher S, Boyle PJ, Charlton BM, Haas-Kogan DA, Liu KX. Clinical outcomes and considerations of gender-affirming care for transgender and gender-diverse pediatric and young adult patients with cancer. Pediatr Blood Cancer. 2023 Jan;70(1):e29851.

18. Hranilovich JA, **Millington K**. Headache prevalence in transgender and gender diverse youth: A single-center case-control study. Headache. 2023 Apr;63(4):517-522. doi: 10.1111/head.14493. Epub 2023 Mar 29.

19. Sasidharan Pillai S, **Millington K**. Co-existence of Type 1 Diabetes Mellitus and Myasthenia Gravis: A Case Report and Review of the Literature. AACE Clin Case Rep. 2023 Dec 18;10(2):52-54. doi: 10.1016/j.aace.2023.12.004.

20. Hodson N, **Millington K**, Hyland P, Williams CR, Garofalo R, Rosenthal SM, Olson-Kennedy J, Chan Y-M. Physical activity among youth receiving gender-affirming treatment in the United States. Transgender Health 2024. doi: 10.1089/Trgh.2022.0155.

21. **Millington K**, Lee JY, Olson-Kennedy J, Garofalo R, Rosenthal SM, Chan YM. Laboratory Changes During Gender-Affirming Hormone Therapy in Transgender Adolescents. Pediatrics. 2024 May 1;153(5):e2023064380. doi: 10.1542/peds.2023-064380.

22. Logel SN, Maru J, Whitehead J, Brady C, Walch A, Lasarev M, Rehm JL, **Millington K**. Higher Rates of Certain Autoimmune Diseases in Transgender and Gender Diverse Youth. Transgend Health. 2024 Jun 17;9(3):197-204. doi: 10.1089/trgh.2022.0079.

23. Seetharaman S, Sasidharan Pillai S, Ganta A, **Millington K**, Quintos JB, Topor LS, Serrano-Gonazalez M. Iodine Deficiency Hypothyroidism Among Children in the United States – 21st Century Resurgance? AACE Clin Case Rep. 2024 Aug 14:10(6):236-239

24. Schneider D, Scully K, Quintos JB, **Millington K**. Severe Hyperandrogenism Secondary to Polycystic Ovarian Syndrome in a Gender-diverse Adolescent. JCEM Case Rep. 2025 Sep 9;3(10):luaf186.

25. Li M, Feldman N, Tanzer JR, Tremblay E, **Millington K**. Impact of Demographic Features on Glycemic Management With Tubeless Automated Insulin Delivery Systems in Youth With Type 1 Diabetes. Diabetes Spectr. 2025 Jul 24;38(4):423-430.

26. Harrison J, **Millington K**. A long-term survivor of campomelic dysplasia with 46,XY disorder of sex development and hypogonadotropic hypogonadism. BMJ Case Rep. 2025 Dec 23;18(12):e265280. doi: 10.1136/bcr-2025-265280. PMID: 41436212.

27. Schneider D, Feldman N, Li M, Tanzer J, Chapman H, Rafferty J, Rotondo K, **Millington K**. Change in the QT Interval During Gender-Affirming Hormone Therapy. JACC Clin Electrophysiol. 2026 Feb 17:S2405-500X(26)00020-4. doi: 10.1016/j.jacep.2026.01.013. PMID: 41711616.

OTHER PEER-REVIEWED PUBLICATIONS

1. Kremen J, Williams C, Barrera EP, Harris R, McGregor K, **Millington K**, Guss C, Pilcher S, Tishelman AC, Baskaran C, Carswell J, Roberts S. Addressing Legislation That Restricts Access to Care for Transgender Youth. Pediatrics. 2021 May 1; 147(5).

2. Barrera E, **Millington K**, Kremen J. The Medical Implications of Banning Transgender Youth From Sport Participation. JAMA Pediatrics. 2022 Mar 1; 176(3): 223-224.

3. Krebs D, Harris RM, Steinbaum A, Pilcher S, Guss C, Kremen J, Roberts SA, Baskaran C, Carswell J, **Millington K**. Care for Transgender Young People. Horm Res Paediatr. 2022;95(5):405-414.

BOOKS AND BOOK CHAPTERS

**Millington K**, Williams C. Transgender Health. Endocrine Conditions in Pediatrics: Springer.

PUBLICATIONS SUBMITTED OR IN PREPARATION

ABSTRACTS

1. Seetharaman S, Sasidharan Pillai S, Ganta A, **Millington K**, Quintos, JB, Topor LS, Serrano-Gonzalez, M, Iodine Deficiency Hypothyroidism Among Children in the United States - 21st Century Resurgence? Pediatric Endocrine Society Meeting, San Diego, CA May 2023.

2. Li M, Feldman, N, Tanzer JR, **Millington K**. Impact of Demographic Features on Glycemic Control with Tubeless Automated Insulin Delivery System in Youth with Type 1 Diabetes Mellitus. 17th Warren Alpert Medical School Academic Symposium, Providence, RI, November 2023.

3. Li M, Feldman, N, Tanzer JR, **Millington K**. Impact of Demographic Features on Glycemic Control with Tubeless Automated Insulin Delivery System in Youth with Type 1 Diabetes Mellitus. Pediatric Endocrine Society Meeting, Chicago, IL, May 2024.

4. Schneider, D, Feldman, N, **Millington K**. Impact of GnRH Analogs on QTc Interval in Gender Diverse Youth. 18th Warren Alpert Medical School Academic Symposium, Providence, RI, November 2024.

5. Michles M, Sun F, Clark M, O'Toole D, Swartz S, **Millington K**, Svokos K, Doberstein C, Klinge P, Woo A, Kwan D, Gokaslan Z, Zadnik Sullivan P. Gender Affirming Care:

Considerations for and Recommendations from Neurosurgery. Oral Presentation at the Student Neurology and Neurosurgery Research Conference, The Warren Alpert Medical School of Brown University, Providence, RI. January 2025

6. Michles M, Sun F, Clark M, O'Toole D, Swartz S, **Millington K**, Svokos K, Doberstein C, Klinge P, Woo A, Kwan D, Gokaslan Z, Zadnik Sullivan P. Gender Affirming Care: Considerations for and Recommendations from Neurosurgery. Oral Presentation at the Virtual Women in Neurosurgery Collaborative DEI Symposium. April 2025

7. The Effects of Sex Steroids on Electrocardiogram Measurements in Transgender and Gender Diverse Youth. Shetty N, Shah K, Rafael S, Rotondo K, Rafferty J, Chapman H, **Millington K**. Poster presentation Hasbro Children's Hospital Annual Celebration of Scholarship, Providence, RI, April 8, 2025.

8. Schneider D, Scully K, Quintos JB, **Millington K** Severe Hyperandrogenism Secondary to Polycystic Ovarian Syndrome in a Gender Diverse Adolescent. Pediatric Endocrine Society Meeting, Washington DC, May 2025.

9. Greenblatt L, Topor LS, **Millington K** Puberty Without A Sign: Amastia in Meier Gorlin Syndrome. Pediatric Endocrine Society Meeting, San Francisco CA, April2026.

SCHOLARLY WORK PUBLISHED IN OTHER MEDIA

**Millington,K**. Interview by Barbara Morse. Interview on Screening for Type 1 Diabetes Mellitus. WJAR10. TV. Aired 2/27/2025

INVITED PRESENTATIONS

LOCAL

| | |
|---|---|
| 2017 | An 18-year-old female with fever and pulmonary lesions<br>Department of Pediatrics Grand Rounds, Boston Children's Hospital |
| 2018 | Transgender Health: Past, Present, and Future<br>Division of Endocrinology Grand Rounds, Brigham and Women's Hospital |
| 2019 | Gender Affirming Care of Children and Adolescents<br>Center for Infertility and Reproductive Surgery, Brigham and Women's Hospital |
| 2019 | The Hyperinsulinemia and Hyperammonemia Syndrome<br>Longwood Area Nutrition Seminar |
| 2019 | Endocrine Board Review<br>Department of Pediatrics, Boston Children's Hospital |
| 2020 | Diabetes 101<br>Division of Emergency Medicine, Boston Children's Hospital |
| 2020 | Gender Affirming Care of Children and Adolescents<br>Leadership in Adolescent Health Fellowship, Boston Children's Hospital |
| 2022, 2023 | Normal and Abnormal Puberty |

General Pediatrics Residency, Hasbro Children's Brown University Health
2023-26 Normal and Abnormal Puberty
REI Fellowship Didactics, Women and Infant's Hospital
2023 Gender Affirming Care of Children
REI Fellowship Didactics, Women and Infant's Hospital
2023 Interesting Endocrinology in Transgender Health, Endocrine Grand Rounds
Division of Endocrinology, Rhode Island Hospital
2024 Beyond the Binary, Interesting Cases in the Care of Transgender Youth
Department of Pediatrics, Hasbro Children's Brown University Health
2024 Pediatric Gender Affirming Care
Spectrum, LGBTQ Medical Student Group, Warren Alpert Medical School of Brown University
2024, 2025 The Care of LGBTQ Patients
Doctoring I, Warren Alpert Medical School of Brown University
2025 Differences of Sex Development
Neonatology Fellowship Didactics, Women and Infant's Hospital
2025 Morbidity and Mortality Conference, Endocrinology
Department of Pediatrics, Hasbro Children's Brown University Health
2025 Pediatric Hidden Hunger in and Age of Caloric Abundance
Department of Pediatrics, Hasbro Children's Brown University Health
2025, 2026 Type 1 Diabetes for Primary Care Pediatricians, Primary Care, Hasbro Children's Brown University Health

<u>REGIONAL</u>

2020, 2021 Introduction to Pediatric Transgender Health, Exeter Health System, Exeter NH
2021, 2022 Making Clinical Research Gender Inclusive, Association of Research Nurses
2022 Transgender Health and Diabetes, Joslin Diabetes Center, Boston MA
2023 Update on Diabetes for Primary Care Physicians, East Greenwich Pediatrics
East Greenwich, Rhode Island
2024 Procedures in the Care of Transgender and Gender Diverse Youth
Rhode Island Trans Health Conference, Providence, RI
2025 Physical Health for LGBTQ+ Youth, Rhode Island Care Transformation Collaborative
2026 Screening for Early T1D For PCPs, Rhode Island American Academy of Pediatrics Annual Meeting

<u>NATIONAL</u>

2024 Pediatric Transgender Health, Pediatric Grand Rounds
Georgetown Department of Pediatrics, Washington D.C.
2025 Laboratory Changes During Gender Affirming Care
Pediatric Endocrine Society Meeting, Washington D.C.
2025 Pediatric Transgender Health
Division of Pediatric Diabetes and Endocrinology
Children's Hospital at Montefiore Einstein, Bronx NY

GRANTS

2011 NIDDK Medical Student Research Program in Diabetes

2013 – 2014 Medical Student Research Grant, Cystic Fibrosis Foundation

2019 – 2022 "Effects of Sex Steroids on Cardiovascular Risk Factors in Transgender Adolescents"
Doris Duke Charitable Foundation (2019-119)
Principal Investigator, $200,000

2019 – 2021 "Effects of Sex Steroids on Cardiovascular Risk Factors in Transgender Adolescents"
National Institutes of Health Loan Repayment Program
Principal Investigator, $60,000

2020 – 2021 "Medical Gender Transition as a Novel Approach to Study the Effects of Sex Steroids on Cardiovascular Health"
Institutional Centers of Clinical and Translational Research
Principal Investigator, $10,000

2021 – 2022 "Defining the Role of Sex Steroids in Cardiovascular Disease Risk"
Boston Children's Hospital Office of Faculty Development (90158)
Principal Investigator, $75,000

2024 – 2025 "The Effect of Gender-Affirming Treatment on Electrocardiogram Measurements in Transgender and Gender Diverse Youth."
Children's Miracle Network
Department of Pediatrics, Hasbro Children's Hospital
Co-Investigator, $25,000

2024 – Present Type 1 Diabetes Trial Net Pathway to Prevention
National Institutes of Health, Subaward from Yale University
Co-Investigator

UNIVERSITY TEACHING, ADVISING and MENTORING ROLES

UNIVERSITY LEADERSHIP

2023 – Present Course Co-Leader, Integrated Medical Sciences III, BIOL 3654 IMS-III: Endocrine Sciences
Warren Alpert Medical School of Brown University
This course is a required part of the curriculum for second year medical students. Over 3 weeks the course covers all aspects of endocrinology

including physiology, pharmacology, pathology, and pathophysiology. In addition to being a co-leader of the course I also contribute through participating as a small group leader over 5 small group sessions and give 4 of the lectures in the course. I review the exam questions and update questions based on student response metrics. I have developed new curriculum for this course including a small group session on diabetes technology.

UNIVERSITY TEACHING, ADVISING and MENTORING ROLES

UNIVERSITY TEACHING

2020, 2022 — Medical Student Pediatric Clerkship, Boston University
1 – 2 lectures for 3rd year medical students in their pediatric clerkship. (~15 students)

2020, 2021 — Homeostasis II (PWY 131), Harvard Medical School
Co-facilitated one small group session on endocrine topics for 2nd year medical students (~80 – 100 students)

2020, 2021 — Disease and Therapy Course, Boston University
1 lecture for entire 2nd year class

11/2022, 11/2023 — Integrated Medical Sciences III, BIO: Human Reproduction
Warren Alpert School of Medicine at Brown University, Providence, RI
1 lecture for entire 2nd year class

11/2022 - Present — Integrated Medical Sciences III, BIOL3654: Endocrine Sciences
Warren Alpert School of Medicine at Brown University, Providence, RI
4 - 5 lectures for entire 2nd year class; twice weekly small group sessions for three weeks (~15 students)

5/2023 – Present — Longitudinal Integrated Clerkship Mentor.
1 student per 8-month longitudinal clerkship during 3rd year of medical school

8/2023 – Present — Small Group Faculty, BIOL3640 - Doctoring I/ II
Warren Alpert School of Medicine at Brown University, Providence, RI
Co-lead weekly small group session for 1st year medical students (8 students). Teach physical exam, clinical skills, trauma informed care principles, and approach to difficult topics in medicine.

UNIVERSITY MENTORING

1. Melinda Li, research mentor. Completed research project regarding the impact of insulin pump therapy on youth with type 1 diabetes mellitus. Melinda completed the PedsENDO Discovery program through the Pediatric Endocrine Society. Presented her project as a poster at the Pediatric Endocrine Society meeting. She is planning on applying for residency in General Pediatrics with plans to continue on to Pediatric Endocrinology. Current 4th year medical student.

2. Noah Feldman, research mentor. Worked on a retrospective review of electrocardiogram changes in transgender youth. Current 4th year medical student.

3. Derek Schneider, research mentor. Participated in multiple research projects including retrospective review of electrocardiogram changes in transgender youth and a case report of a patient with severe hyperandrogenism. Derek also completed the PedsENDO Discovery program through the Pediatric Endocrine Society and presented a poster at the Pediatric Endocrine Society meeting. He had two successful publications from his research projects. He is planning on applying for residency in medicine and pediatrics. Current 3rd year medical student.

4. Zoe Weissman, research and career mentor. Current undergraduate at Brown University participating in research project examining the use of norethindrone in transgender care.

5. Joshua Emerson, research mentor. Worked on a prospective study of EKG changes in transgender and gender diverse youth supported by the Basic Translational Research program through Brown University. Current 2nd year medical student.

6. Erin Pickert, research and practicum mentor. Earned M.P.H from Brown University School of Public Health 2026. Mentored for her practicum project on outcomes of gender affirming care for youth.

7. Ummara Khan, research and clerkship mentor. Completed her longitudinal integrated clerkship in my clinic. Currently working on a research project examining rates of admission for young adults with type 1 diabetes in Rhode Island. Planning on applying for residency in pediatrics. Current 3rd year medical student.

8. Lala Mammadova, research mentor. Current Pediatric Endocrinology fellow. She is currently working on her fellowship research project, *Impact of GLP-1 Agonists on Menstrual Function*.

DEMONSTRATION OF COMMITMENT TO DEI

My clinical, research, teaching, and mentoring interest is in the care of transgender and gender diverse (TGD) youth. I provide clinical care to this vulnerable and underserved population through the Gender and Sexuality clinic in the Division of Adolescent Medicine. My research examining outcomes of gender affirming care for youth has produced multiple publications and has been supported by multiple local and national grants. I have spoken extensively both on my research findings and generally about the care of TGD youth. I have taught LGBTQ health topics to medical students in the Endocrine Sciences course and in the Doctoring course, serve as a mentor for the LGBTQ scholarly concentration, and have mentored multiple students who identify as LGBTQ.

# Exhibit B

# BIBLIOGRAPHY

Achille, C., Taggart, T., Eaton, N.R., *et al*. (2020). Longitudinal Impact of Gender-Affirming Endocrine Intervention on the Mental Health and Well-Being of Transgender Youths: Preliminary Results. *International Journal of Pediatric Endocrinology*, 2020(8), 1-5.

Allen, L.R., Watson, L.B., Egan, A.M., & Moser, C.N. (2019). Well-Being and Suicidality Among Transgender Youth After Gender-Affirming Hormones. *Clinical Practice in Pediatric Psychology*, 7(3), 302-311.

Allen D. B. (2006). Growth hormone therapy for short stature: is the benefit worth the burden?. *Pediatrics*, *118*(1), 343–348.

American Psychiatric Association. (2022). Diagnostic and statistical manual of mental disorders (5th ed., text rev.). Arlington, VA: American Psychiatric Publishing.

Baker, K. E., Wilson, L. M., Sharma, R., Dukhanin, V., McArthur, K., & Robinson, K. A. (2021). Hormone Therapy, Mental Health, and Quality of Life Among Transgender People: A Systematic Review. *Journal of the Endocrine Society*, *5*(4), bvab011.

Bangalore Krishna, K., Fuqua, J. S., Rogol, A. D., Klein, K. O., Popovic, J., Houk, C. P., Charmandari, E., Lee, P. A., Freire, A. V., Ropelato, M. G., Yazid Jalaludin, M., Mbogo, J., Kanaka-Gantenbein, C., Luo, X., Eugster, E. A., Klein, K. O., Vogiatzi, M. G., Reifschneider, K., Bamba, V., Garcia Rudaz, C., … Medina Bravo, P. G. (2019). Use of Gonadotropin-Releasing Hormone Analogs in Children: Update by an International Consortium. *Hormone research in paediatrics*, *91*(6), 357–372.

Baram, S., Myers, S. A., Yee, S., & Librach, C. L. (2019). Fertility preservation for transgender adolescents and young adults: a systematic review. *Human reproduction update*, *25*(6), 694–716.

Becerra-Culqui, T. A., Liu, Y., Nash, R., Cromwell, L., Flanders, W. D., Getahun, D., Giammattei, S. V., Hunkeler, E. M., Lash, T. L., Millman, A., Quinn, V. P., Robinson, B., Roblin, D., Sandberg, D. E., Silverberg, M. J., Tangpricha, V., & Goodman, M. (2018). Mental Health of Transgender and Gender Nonconforming Youth Compared With Their Peers. *Pediatrics*, *141*(5), e20173845.

Becker-Hebly, I., Fahrenkrug, S., Campion, F., Richter-Appelt, H., Schulte-Markwort, M., & Barkmann, C. (2021). Psychosocial health in adolescents and young adults with gender dysphoria before and after gender-affirming medical interventions: A descriptive study from the Hamburg Gender Identity Service. *European Child & Adolescent Psychiatry*, 30(11), 1755–1767.

Beemyn, G. (2014). U.S. history. In L. Erickson-Schroth (Ed.), Trans bodies, trans selves: A resource for the transgender community (pp. 501–536). New York, NY: Oxford University Press.

Benjamin H. (1967). Transvestism and Transsexualism. *JAMA.* 199(2):136.

Benjamin, H. (1966). The Transsexual Phenomenon. New York: The Julian Press, Inc. Publishers.

Berkman, N. D., Lohr, K. N., Ansari, M. T., Balk, E. M., Kane, R., McDonagh, M., Morton, S. C., Viswanathan, M., Bass, E. B., Butler, M., Gartlehner, G., Hartling, L., McPheeters, M., Morgan, L. C., Reston, J., Sista, P., Whitlock, E., & Chang, S. (2015). Grading the strength of a body of evidence when assessing health care interventions: an EPC update. *Journal of clinical epidemiology*, *68*(11), 1312–1324.

Betsi, G., Goulia, P., Sandhu, S., & Xekouki, P. (2024). Puberty suppression in adolescents with gender dysphoria: an emerging issue with multiple implications. *Frontiers in endocrinology*, *15*, 1309904.

Black N. (1996). Why we need observational studies to evaluate the effectiveness of health care. *BMJ (Clinical research ed.)*, *312*(7040), 1215–1218.

Bornstein, S. R., Allolio, B., Arlt, W., Barthel, A., Don-Wauchope, A., Hammer, G. D., Husebye, E. S., Merke, D. P., Murad, M. H., Stratakis, C. A., & Torpy, D. J. (2016). Diagnosis and Treatment of Primary Adrenal Insufficiency: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *101*(2), 364–389.

Bosdriesz, J. R., Stel, V. S., van Diepen, M., Meuleman, Y., Dekker, F. W., Zoccali, C., & Jager, K. J. (2020). Evidence-based medicine-When observational studies are better than randomized controlled trials. *Nephrology (Carlton, Vic.)*, *25*(10), 737–743.

Brignardello-Petersen, R., Santesso, N., & Guyatt, G. H. (2025). Systematic reviews of the literature: an introduction to current methods. *American journal of epidemiology*, *194*(2), 536–542.

Brignardello-Petersen, R., Carrasco-Labra, A., & Guyatt, G. H. (2021). How to Interpret and Use a Clinical Practice Guideline or Recommendation: Users' Guides to the Medical Literature. JAMA, 326(15), 1516–1523.

Carel, J. C., & Léger, J. (2008). Clinical practice. Precocious puberty. *The New England journal of medicine*, *358*(22), 2366–2377.

Carswell, J. M., Lopez, X., & Rosenthal, S. M. (2022). The Evolution of Adolescent Gender-Affirming Care: An Historical Perspective. *Hormone research in paediatrics*, *95*(6), 649–656.

Cass, H. (2024). Independent review of gender identity services for children and young people: Final report. https://cass.independent-review.uk/home/publications/final-report/

Chelliah, P., Lau, M., & Kuper, L. E. (2024). Changes in Gender Dysphoria, Interpersonal Minority Stress, and Mental Health Among Transgender Youth After One Year of Hormone Therapy. *The Journal of Adolescent Health*, S1054-139X(24)00005-3.

Chen, D., Berona, J., Chan, Y. M., Ehrensaft, D., Garofalo, R., Hidalgo, M. A., ... & Olson-Kennedy, J. (2023). Psychosocial Functioning in Transgender Youth after 2 Years of Hormones. *New England Journal of Medicine*, *388*(3), 240-250.

Cheng, P. J., Pastuszak, A. W., Myers, J. B., Goodwin, I. A., & Hotaling, J. M. (2019). Fertility concerns of the transgender patient. *Translational andrology and urology*, *8*(3), 209–218.

Clark, D. B. A., Metzger, D. L., Pang, K. C., St Amand, C., & Khatchadourian, K. (2025). Individualized and innovative gender healthcare for transgender and nonbinary youth. *Nature reviews. Endocrinology*, *21*(7), 441–452.

Cohen L. E. (2014). Idiopathic short stature: a clinical review. *JAMA*, *311*(17), 1787–1796.

Cohen-Kettenis, P. T., & van Goozen, S. H. (1997). Sex reassignment of adolescent transsexuals: a follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry*, *36*(2), 263–271.

Coleman, E., Radix, A. E., Bouman, W. P., Brown, G. R., de Vries, A. L. C., Deutsch, M. B., Ettner, R., Fraser, L., Goodman, M., Green, J., Hancock, A. B., Johnson, T. W., Karasic, D. H., Knudson, G. A., Leibowitz, S. F., Meyer-Bahlburg, H. F. L., Monstrey, S. J., Motmans, J., Nahata, L., Nieder, T. O., … Arcelus, J. (2022). Standards of Care for the Health of Transgender and Gender Diverse People, Version 8. *International journal of transgender health*, *23*(Suppl 1), S1–S259.

Costa, R., Dunsford, M., Skagerberg, E., Holt, V., Carmichael, P., & Colizzi, M. (2015). Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. *The journal of sexual medicine*, *12*(11), 2206–2214.

Crabtree, L., Connelly, K. J., Guerriero, J. T., Battison, E. A. J., Tiller-Ormord, J., Sutherland, S. M., & Moyer, D. N. (2024). A More Nuanced Story: Pediatric Gender-Affirming Healthcare is Associated With Satisfaction and Confidence. Journal of Adolescent Health, 75(5), 772–779.

de Lara, D.L., Rodríguez, O.P., Flores, I.C., *et al*. (2020). Psychosocial Assessment in Transgender Adolescents. *Anales de Pediatría (English Edition)*, 93(1), 41-48.

de Vries, A. L., McGuire, J. K., Steensma, T. D., Wagenaar, E. C., Doreleijers, T. A., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, *134*(4), 696–704.

de Vries, A. L., & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *Journal of homosexuality*, *59*(3), 301–320.

de Vries, A.L., Steensma, T.D., Doreleijers, T.A., & Cohen-Kettenis, P.T. (2011). Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. *The Journal of Sexual Medicine*, 8(8), 2276-2283.

De Roo, C., Schneider, F., Stolk, T. H. R., van Vugt, W. L. J., Stoop, D., & van Mello, N. M. (2025). Fertility in transgender and gender diverse people: systematic review of the effects of gender-affirming hormones on reproductive organs and fertility. *Human reproduction update*, *31*(3), 183–217.

Delemarre-van de Waal, H.A. & Cohen-Kettenis, P.T. (2006). Clinical Management of Gender Identity Disorder in Adolescents: A Protocol on Psychological and Paediatric Endocrinology Aspects. *European Journal of Endocrinology*. 155(1): S131–S137.

Dix, C., Moloney, M., Tran, H. A., & McFadyen, J. D. (2024). Venous Thromboembolism and Estrogen-Containing Gender-Affirming Hormone Therapy. *Thrombosis and haemostasis*, *124*(5), 387–398.

Dopp, Alex R., Allison Peipert, John Buss, Robinson De Jesús-Romero, Keytin Palmer, and Lorenzo Lorenzo-Luaces, Interventions for Gender Dysphoria and Related Health Problems in Transgender and Gender-Expansive Youth: A Systematic Review of Benefits and Risks to Inform Practice, Policy, and Research. Santa Monica, CA: RAND Corporation, 2024. https://www.rand.org/pubs/research_reports/RRA3223-1.html.

Doyle, D. M., Lewis, T. O. G., & Barreto, M. (2023). A systematic review of psychosocial functioning changes after gender-affirming hormone therapy among transgender people. *Nature human behaviour*, *7*(8), 1320–1331.

Emanuel EJ, Wendler D, Grady C. (2000). What Makes Clinical Research Ethical? *JAMA*. 283(20):2701–2711.

Field MJ, Behrman RE, editors. (2004). Ethical Conduct of Clinical Research Involving Children. Washington (DC): National Academies Press (US); 2004. 4, Defining, Interpreting, and Applying Concepts of Risk and Benefit in Clinical Research Involving Children. Available from: https://www.ncbi.nlm.nih.gov/books/NBK25555/

Fisher, A. D., Ristori, J., Romani, A., Cassioli, E., Mazzoli, F., Cocchetti, C., Pierdominici, M., Marconi, M., Ricca, V., Maggi, M., Vignozzi, L., & Castellini, G. (2024). Back to the Future: Is GnRHa Treatment in Transgender and Gender Diverse Adolescents Only an Extended Evaluation Phase?. *The Journal of clinical endocrinology and metabolism*, *109*(6), 1565–1579.

Fleming, P. S., Koletsi, D., Ioannidis, J. P., & Pandis, N. (2016). High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews. *Journal of clinical epidemiology*, *78*, 34–42.

Ghandour, R. M., Sherman, L. J., Vladutiu, C. J., Ali, M. M., Lynch, S. E., Bitsko, R. H., & Blumberg, S. J. (2019). Prevalence and Treatment of Depression, Anxiety, and Conduct Problems in US Children. *The Journal of pediatrics*, *206*, 256–267.e3.

Gooren, L. J. (2011). Care of Transsexual Persons. *New England Journal of Medicine*, 364(13), 1251–1257. https://doi.org/10.1056/nejmcp1008161.

Grannis, C., Leibowitz, S. F., Gahn, S., Nahata, L., Morningstar, M., Mattson, W. I., Chen, D., Strang, J. F., & Nelson, E. E. (2021). Testosterone treatment, internalizing symptoms, and body image dissatisfaction in transgender boys. *Psychoneuroendocrinology*, 132, 105358, 1-8.

Green, Amy E., DeChants, Jonah P., Price, Myeshia N., Davis, Carrie K. (2021). Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth. *Journal of Adolescent Health*, 70, 643-649.

Grimberg, A., DiVall, S. A., Polychronakos, C., Allen, D. B., Cohen, L. E., Quintos, J. B., Rossi, W. C., Feudtner, C., Murad, M. H., & Drug and Therapeutics Committee and Ethics Committee of the Pediatric Endocrine Society (2016). Guidelines for Growth Hormone and Insulin-Like Growth Factor-I Treatment in Children and Adolescents: Growth Hormone Deficiency, Idiopathic Short Stature, and Primary Insulin-Like Growth Factor-I Deficiency. *Hormone research in paediatrics*, *86*(6), 361–397.

Grimberg, A., Huerta-Saenz, L., Grundmeier, R., Ramos, M. J., Pati, S., Cucchiara, A. J., & Stallings, V. A. (2015). Gender Bias in U.S. Pediatric Growth Hormone Treatment. *Scientific reports*, *5*, 11099.

Gülgöz, S., Glazier, J. J., Enright, E. A., Alonso, D. J., Durwood, L. J., Fast, A. A., Lowe, R., Ji, C., Heer, J., Martin, C. L., & Olson, K. R. (2019). Similarity in transgender and cisgender children's gender development. *PNAS Proceedings of the National Academy of Sciences of the United States of America, 116*(49), 24480–24485.

Guss, C. E., Eiduson, R., Vajapeyam, S., Ecklund, K., Mulkern, R., Dahlberg, S. E., & Gordon, C. M. (2022). Bone density and bone marrow composition in transgender girls prior to pubertal blockade: A case series. *Bone*, *162*, 116454.

Heathcote, C., Taylor, J., Hall, R., Jarvis, S. W., Langton, T., Hewitt, C. E., & Fraser, L. (2024). Psychosocial support interventions for children and adolescents experiencing gender dysphoria or incongruence: a systematic review. *Archives of disease in childhood*, *109*(Suppl 2), s19–s32.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, J. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine Treatment of Gender-Dysphoric/Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline. *The Journal of clinical endocrinology and metabolism*, *102*(11), 3869–3903.

Hembree, W. C., Cohen-Kettenis, P., Delemarre-van de Waal, H. A., Gooren, L. J., Meyer, W. J., 3rd, Spack, N. P., Tangpricha, V., Montori, V. M., & Endocrine Society (2009). Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. *The Journal of clinical endocrinology and metabolism*, *94*(9), 3132–3154.

Hidalgo, M. A., Ehrensaft, D., Tishelman, A. C., Clark, L. F., Garofalo, R., Rosenthal, S. M., Spack, N. P., & Olson, J. (2013). The gender affirmative model: What we know and what we aim to learn [Editorial]. *Human Development, 56*(5), 285–290.

Hiort, O., Birnbaum, W., Marshall, L., Wünsch, L., Werner, R., Schröder, T., Döhnert, U., & Holterhus, P. M. (2014). Management of disorders of sex development. *Nature reviews. Endocrinology*, *10*(9), 520–529.

Hodax, J. K., Brady, C., DiVall, S., Ahrens, K. R., Carlin, K., Khalatbari, H., Parisi, M. T., & Salehi, P. (2023). Low Pretreatment Bone Mineral Density in Gender Diverse Youth. *Transgender health*, *8*(5), 467–471.

Howick, J., Koletsi, D., Pandis, N., Fleming, P. S., Loef, M., Walach, H., Schmidt, S., & Ioannidis, J. P. A. (2020). The quality of evidence for medical interventions does not improve or worsen: a metaepidemiological study of Cochrane reviews. *Journal of clinical epidemiology*, *126*, 154–159.

Johnson, E. K., Finlayson, C., Rowell, E. E., Gosiengfiao, Y., Pavone, M. E., Lockart, B., Orwig, K. E., Brannigan, R. E., & Woodruff, T. K. (2017). Fertility Preservation for Pediatric Patients: Current State and Future Possibilities. *The Journal of urology*, *198*(1), 186–194.

Joseph, T., Ting, J., & Butler, G. (2019). The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort. *Journal of pediatric endocrinology & metabolism*, *32*(10), 1077–1081.

Kahaly GJ. Therapeutic Use of Levothyroxine: A Historical Perspective. (2021). In: Kahaly GJ, editor. 70 Years of Levothyroxine [Internet]. Cham (CH): Springer; 2021.

Karamanis, G., Frisell, T., Holmberg, M., Halldin, M., Sylvén, S., Skalkidou, A., & Papadopoulos, F. C. (2023). Incidence of Idiopathic Intracranial Hypertension in Individuals With Gonadotropin-Releasing Hormone Analogue Treatment for Gender Dysphoria in Sweden. *JAMA pediatrics*, *177*(7), 726–727.

Khatchadourian, K., Amed, S., & Metzger, D. L. (2014). Clinical management of youth with gender dysphoria in Vancouver. *The Journal of pediatrics*, *164*(4), 906–911.

King, H., Kelley, T. P., & Shatzel, J. J. (2024). Gender-affirming hormone therapy in the transgender patient: influence on thrombotic risk. *Hematology. American Society of Hematology. Education Program*, *2024*(1), 652–663.

Klaver, M., de Mutsert, R., van der Loos, M. A. T. C., Wiepjes, C. M., Twisk, J. W. R., den Heijer, M., Rotteveel, J., & Klink, D. T. (2020). Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. *Pediatrics*, *145*(3), e20190741.

Klink, D., Caris, M., Heijboer, A., van Trotsenburg, M., & Rotteveel, J. (2015). Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex

hormone treatment in adolescents with gender dysphoria. *The Journal of clinical endocrinology and metabolism*, *100*(2), E270–E275.

Kreukels, B. P., & Cohen-Kettenis, P. T. (2011). Puberty suppression in gender identity disorder: the Amsterdam experience. *Nature reviews. Endocrinology*, *7*(8), 466–472.

Krishnamurthy, N., Slack, D. J., Kyweluk, M., Cullen, O., Kirkley, J., & Safer, J. D. (2024). Erythrocytosis Is Rare With Exogenous Testosterone in Gender-Affirming Hormone Therapy. *The Journal of clinical endocrinology and metabolism*, *109*(5), 1285–1290.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*, 145(4).

Lazar, L., Meyerovitch, J., de Vries, L., Phillip, M., & Lebenthal, Y. (2014). Treated and untreated women with idiopathic precocious puberty: long-term follow-up and reproductive outcome between the third and fifth decades. *Clinical endocrinology*, *80*(4), 570–576.

Lee J. Y. (2023). Bone Health in the Transgender and Gender Diverse Youth Population. *Current osteoporosis reports*, *21*(4), 459–471. https://doi.org/10.1007/s11914-023-00799-2

Lee, J. Y., Finlayson, C., Olson-Kennedy, J., Garofalo, R., Chan, Y. M., Glidden, D. V., & Rosenthal, S. M. (2020). Low Bone Mineral Density in Early Pubertal Transgender/Gender Diverse Youth: Findings From the Trans Youth Care Study. *Journal of the Endocrine Society*, *4*(9), bvaa065.

Levine S. B. (2018). Ethical Concerns About Emerging Treatment Paradigms for Gender Dysphoria. *Journal of sex & marital therapy*, *44*(1), 29–44.

Levine, S.B., Brown, G., Coleman, E., Cohen-Kettenis, P., Hage, J.J., Van Maasdam, J., Petersen, M., Pfafflin, F., & Schaefer, L.C. (1998). Harry Benjamin International Gender Dysphoria Association's Standards Of Care For Gender Identity Disorders, Fifth Version. *International Journal of Transgenderism*, II(2).

Light, A. D., Obedin-Maliver, J., Sevelius, J. M., & Kerns, J. L. (2014). Transgender men who experienced pregnancy after female-to-male gender transitioning. *Obstetrics and gynecology*, *124*(6), 1120–1127.

Lucas, R., Geierstanger, S., & Soleimanpour, S. (2024). Mental Health Needs, Barriers, and Receipt of Care Among Transgender and Nonbinary Adolescents. *The Journal of adolescent health*, *75*(2), 267–274.

Madsen, M. C., van Dijk, D., Wiepjes, C. M., Conemans, E. B., Thijs, A., & den Heijer, M. (2021). Erythrocytosis in a Large Cohort of Trans Men Using Testosterone: A Long-Term Follow-Up Study on Prevalence, Determinants, and Exposure Years. *The Journal of clinical endocrinology and metabolism*, *106*(6), 1710–1717.

Magrath W. J. (2022). The Fall of the Nation's First Gender-Affirming Surgery Clinic. *Annals of internal medicine*, *175*(10), 1462–1467.

Martinerie, L., de Mouzon, J., Blumberg, J., di Nicola, L., Maisonobe, P., Carel, J. C., & PREFER study group (2021). Fertility of Women Treated during Childhood with Triptorelin (Depot Formulation) for Central Precocious Puberty: The PREFER Study. *Hormone research in paediatrics*, *93*(9-10), 529–538.

McGregor, K., McKenna, J. L., Williams, C. R., Barrera, E. P., & Boskey, E. R. (2024). Association of Pubertal Blockade at Tanner 2/3 With Psychosocial Benefits in Transgender and Gender Diverse Youth at Hormone Readiness Assessment. *The Journal of adolescent health*, *74*(4), 801–807.

Meyer, J. K., & Reter, D. J. (1979). Sex reassignment. Follow-up. *Archives of general psychiatry*, *36*(9), 1010–1015.

Millington, K., Lee, J. Y., Olson-Kennedy, J., Garofalo, R., Rosenthal, S. M., & Chan, Y. M. (2024). Laboratory Changes During Gender-Affirming Hormone Therapy in Transgender Adolescents. *Pediatrics*, *153*(5), e2023064380. https://doi.org/10.1542/peds.2023-064380

Miroshnychenko, A., Roldan, Y., Ibrahim, S., Kulatunga-Moruzi, C., Montante, S., Couban, R., Guyatt, G., & Brignardello-Petersen, R. (2025a). Puberty blockers for gender dysphoria in youth: A systematic review and meta-analysis. *Archives of disease in childhood*, *110*(6), 429–436.

Miroshnychenko, A., Ibrahim, S., Roldan, Y., Kulatunga-Moruzi, C., Montante, S., Couban, R., Guyatt, G., & Brignardello-Petersen, R. (2025b). Gender affirming hormone therapy for individuals with gender dysphoria aged <26 years: a systematic review and meta-analysis. *Archives of disease in childhood*, *110*(6), 437–445.

Mullins, E. S., Geer, R., Metcalf, M., Piccola, J., Lane, A., Conard, L. A. E., & Mullins, T. L. K. (2021). Thrombosis Risk in Transgender Adolescents Receiving Gender-Affirming Hormone Therapy. *Pediatrics*, *147*(4), e2020023549.

Navabi, B., Tang, K., Khatchadourian, K., & Lawson, M. L. (2021). Pubertal Suppression, Bone Mass, and Body Composition in Youth With Gender Dysphoria. *Pediatrics*, *148*(4), e2020039339.

Nolan, B. J., Zwickl, S., Locke, P., Zajac, J. D., & Cheung, A. S. (2023). Early Access to Testosterone Therapy in Transgender and Gender-Diverse Adults Seeking Masculinization: A Randomized Clinical Trial. *JAMA network open*, *6*(9), e2331919.

Nota, N. M., Wiepjes, C. M., de Blok, C. J. M., Gooren, L. J. G., Kreukels, B. P. C., & den Heijer, M. (2019). Occurrence of Acute Cardiovascular Events in Transgender Individuals Receiving Hormone Therapy. *Circulation*, *139*(11), 1461–1462.

Olson KR, Raber GF, Gallagher NM. (2024) Levels of Satisfaction and Regret With Gender-Affirming Medical Care in Adolescence. *JAMA Pediatr*, 178(12), 1354–1361

Popovic, J., Geffner, M. E., Rogol, A. D., Silverman, L. A., Kaplowitz, P. B., Mauras, N., Zeitler, P., Eugster, E. A., & Klein, K. O. (2022). Gonadotropin-releasing hormone analog therapies for children with central precocious puberty in the United States. *Frontiers in pediatrics*, *10*, 968485.

Rosenthal S. M. (2014). Approach to the patient: transgender youth: endocrine considerations. *The Journal of clinical endocrinology and metabolism*, *99*(12), 4379–4389.

Safer, J. D., & Tangpricha, V. (2019). Care of Transgender Persons. *The New England journal of medicine*, *381*(25), 2451–2460.

Schagen, S. E. E., Wouters, F. M., Cohen-Kettenis, P. T., Gooren, L. J., & Hannema, S. E. (2020). Bone Development in Transgender Adolescents Treated With GnRH Analogues and Subsequent Gender-Affirming Hormones. *The Journal of clinical endocrinology and metabolism*, *105*(12), e4252–e4263.

Sever, P. S., Dahlöf, B., Poulter, N. R., Wedel, H., Beevers, G., Caulfield, M., Collins, R., Kjeldsen, S. E., Kristinsson, A., McInnes, G. T., Mehlsen, J., Nieminen, M., O'Brien, E., Ostergren, J., & ASCOT Investigators (2004). Prevention of coronary and stroke events with atorvastatin in hypertensive patients who have average or lower-than-average cholesterol concentrations, in the Anglo-Scandinavian Cardiac Outcomes Trial--Lipid Lowering Arm (ASCOT-LLA): a multicentre randomised controlled trial. *Drugs*, *64 Suppl 2*, 43–60.

Siotos, C., Neira, P. M., Lau, B. D., Stone, J. P., Page, J., Rosson, G. D., & Coon, D. (2019). Origins of Gender Affirmation Surgery: The History of the First Gender Identity Clinic in the United States at Johns Hopkins. *Annals of plastic surgery*, *83*(2), 132–136.

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics*, *129*(3), 418–425.

Strauss, P., Ball, J., Bonney, S., Costanza, M., Cavve, B. S., Hird, K., … Lin, A. (2024). A critical discussion of pediatric gender measures to clarify the utility and purpose of “measuring” gender. *International Journal of Transgender Health*, 1–25.

Streed, C. G., Jr, Beach, L. B., Caceres, B. A., Dowshen, N. L., Moreau, K. L., Mukherjee, M., Poteat, T., Radix, A., Reisner, S. L., Singh, V., & American Heart Association Council on Peripheral Vascular Disease; Council on Arteriosclerosis, Thrombosis and Vascular Biology; Council on Cardiovascular and Stroke Nursing; Council on Cardiovascular Radiology and Intervention; Council on Hypertension; and Stroke Council (2021). Assessing and Addressing Cardiovascular Health in People Who Are Transgender and Gender Diverse: A Scientific Statement From the American Heart Association. *Circulation*, *144*(6), e136–e148.

Strohecker, J., Hofman, M. & LaFleur, J. (2024). Gender-Affirming Medical Treatments for Pediatric Patients with Gender Dysphoria. University of Utah College of Pharmacy, Salt Lake City, Utah. https://le.utah.gov/AgencyRP/downloadFile.jsp?submissionId=287

Taylor, J., Hall, R., Heathcote, C., Hewitt, C. E., Langton, T., & Fraser, L. (2024a). Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of guideline quality (part 1). *Archives of disease in childhood*, *109*(Suppl 2), s65–s72.

Taylor, J., Hall, R., Heathcote, C., Hewitt, C. E., Langton, T., & Fraser, L. (2024b). Clinical guidelines for children and adolescents experiencing gender dysphoria or incongruence: a systematic review of recommendations (part 2). *Archives of disease in childhood*, *109*(Suppl 2), s73–s82.

Taylor, J., Mitchell, A., Hall, R., Heathcote, C., Langton, T., Fraser, L., & Hewitt, C. E. (2024a). Interventions to suppress puberty in adolescents experiencing gender dysphoria or incongruence: a systematic review. *Archives of disease in childhood*, *109*(Suppl 2), s33–s47.

Taylor, J., Mitchell, A., Hall, R., Langton, T., Fraser, L., & Hewitt, C. E. (2024b). Masculinising and feminising hormone interventions for adolescents experiencing gender dysphoria or incongruence: a systematic review. *Archives of disease in childhood*, *109*(Suppl 2), s48–s56.

Teede, H. J., Tay, C. T., Laven, J., Dokras, A., Moran, L. J., Piltonen, T. T., Costello, M. F., Boivin, J., M Redman, L., A Boyle, J., Norman, R. J., Mousa, A., Joham, A. E., & International PCOS Network (2023). Recommendations from the 2023 International Evidence-based Guideline for the Assessment and Management of Polycystic Ovary Syndrome. *Fertility and sterility*, *120*(4), 767–793.

Thompson L, Sarovic D, Wilson P, Irwin L, Visnitchi D, et al. (2023) A PRISMA systematic review of adolescent gender dysphoria literature: 3) treatment. *PLOS Global Public Health* 3(8): e0001478.

Tidblad, A., Bottai, M., Kieler, H., Albertsson-Wikland, K., & Sävendahl, L. (2021). Association of Childhood Growth Hormone Treatment With Long-term Cardiovascular Morbidity. *JAMA pediatrics*, *175*(2), e205199.

Tordoff, D. M., Wanta, J. W., Collin, A., Stepney, C., Inwards-Breland, D. J., & Ahrens, K. (2022). Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care. *JAMA network open*, *5*(2), e220978.

Turban, J. L., King, D., Kobe, J., Reisner, S. L., & Keuroghlian, A. S. (2022). Access to gender-affirming hormones during adolescence and mental health outcomes among transgender adults. *PLoS One*, *17*(1), e0261039.

Turban, J.L., King, D., Carswell, J.M., & Keuroghlian, A.S. (2020). Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. *Pediatrics*, 145(2):e20191725

Twenge, J. M., Cooper, A. B., Joiner, T. E., Duffy, M. E., & Binau, S. G. (2019). Age, period, and cohort trends in mood disorder indicators and suicide-related outcomes in a nationally representative dataset, 2005-2017. *Journal of abnormal psychology*, *128*(3), 185–199.

van der Loos, M. A. T. C., Hannema, S. E., Klink, D. T., den Heijer, M., & Wiepjes, C. M. (2022). Continuation of gender-affirming hormones in transgender people starting puberty suppression in adolescence: a cohort study in the Netherlands. *The Lancet. Child & adolescent health*, *6*(12), 869–875.

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *The Journal of adolescent health*, *66*(6), 699–704.

Vlot, M. C., Klink, D. T., den Heijer, M., Blankenstein, M. A., Rotteveel, J., & Heijboer, A. C. (2017). Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. *Bone*, *95*, 11–19.

Yang, E. H., Strohl, H. B., & Su, H. I. (2024). Fertility preservation before and after cancer treatment in children, adolescents, and young adults. *Cancer*, *130*(3), 344–355.

Zhong, Y., Zhang, X., Zhou, L., Li, L., & Zhang, T. (2021). Updated analysis of pediatric clinical studies registered in ClinicalTrials.gov, 2008-2019. *BMC pediatrics*, *21*(1), 212.