**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,<br><br>*Defendants.* | Civil Action No. 1:26-cv-803 |

**DECLARATION OF CHRIS ERCHULL**
**IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION**
**FOR A PRELIMINARY INJUNCTION**

I, Chris Erchull, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a Senior Staff Attorney at GLBTQ Legal Advocates & Defenders, attorneys for Plaintiffs Gina Goe, Grace Goe, Karla Koe, Kylie Koe, Laura Loe, Logan Loe, Melissa Moe, and Maya Moe.

2. Attached hereto as **Exhibit A** is a true and correct copy of the American Medical Association policy on evidence-based gender affirming care. American Medical Association, "Clarification of Evidence-Based Gender-Affirming Care H-185.927" (2024),

https://policysearch.ama-assn.org/policyfinder/detail/%22Clarification%20of%20Evidence-Based%20Gender-Affirming%20Care%22?uri=%2FAMADoc%2FHOD-185.927.xml.

3. Attached hereto as **Exhibit B** is a true and correct copy of the American Academy of Pediatrics guidelines on treatment of gender dysphoria. American Academy of Pediatrics, "Support for Transgender and Gender-Diverse Children and Adolescents the Guidelines for the Treatment of Gender Dysphoria," 142 PEDIATRICS 4 (Oct. 2018), https://publications.aap.org/pediatrics/article/142/4/e20182162/37381/Ensuring-Comprehensive-Care-and-Support-for.

4. Attached hereto as **Exhibit C** is a true and correct copy of "APA Policy Statement on Affirming Evidence-Based Inclusive Care for Transgender, Gender Diverse, and Nonbinary Individuals, Addressing Misinformation, and the Role of Psychological Practice and Science" (Feb. 2024), https://www.apa.org/about/policy/transgender-nonbinary-inclusive-care.pdf.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Endocrine Society guideline for treating gender dysphoria. Wylie C. Hembree et al., "Endocrine Treatment of Gender-Dysphoric/ Gender-Incongruent Persons: An Endocrine Society Clinical Practice Guideline," 102 J CLINICAL ENDOCRINOLOGY & METABOLISM 3869–3903, https://academic.oup.com/jcem/article/102/11/3869/4157558.

6. Attached hereto as **Exhibit E** is a true and correct copy of Jo Yurcaba, "At least 21 hospitals have ended or restricted trans care for minors since January," NBC News (Aug. 24, 2025), https://tinyurl.com/34bzz89z.

7. Attached hereto as **Exhibit F** is a true and correct copy of Letter from Drew Snyder to State Medicaid Directors (Apr. 11, 2025), https://www.cms.gov/files/document/letter-stm.pdf.

8. Attached hereto as **Exhibit G** is a true and correct copy of HHS, "HHS Releases Comprehensive Review of Medical Interventions for Children and Adolescents with Gender Dysphoria" (May 1, 2025), https://www.hhs.gov/press-room/gender-dysphoria-report-release.html.

9. Attached hereto as **Exhibit H** is a true and correct copy of HHS, "Treatment for Pediatric Gender Dysphoria, Review of Evidence and Best Practices" (May 1, 2025), https://opa.hhs.gov/sites/default/files/2026-06/gender-dysphoria-report.pdf..

10. Attached hereto as **Exhibit I** is a true and correct copy of Susan J. Kressly, AAP Statement on HHS Report Treatment for Pediatric Gender Dysphoria (May 1, 2025), https://tinyurl.com/bdhcuz8x.

11. Attached hereto as **Exhibit J** is a true and correct copy of APA Statement on Access to Treatment for Transgender, Gender Diverse, and Nonbinary People (May 1, 2025), https://tinyurl.com/y642tsf4

12. Attached hereto as **Exhibit K** is a true and correct copy of Robert F. Kennedy, Jr., "Declaration of the Secretary of the Department of Health and Human Services RE: Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents" (Dec. 18, 2025).

13. Attached hereto as **Exhibit L** is a true and correct copy of HHS, "HHS Acts to Bar Hospitals from Performing Sex-Rejecting Procedures on Children" (Dec. 18, 2025), https://www.cms.gov/newsroom/press-releases/hhs-acts-bar-hospitals-performing-sex-rejecting-procedures-children.

/s/ *Chris Erchull*
Chris Erchull, Esq.