**Exhibit A to**

# DECLARATION OF CHRIS ERCHULL IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION

# Health Insurance

## Clarification of Evidence-Based Gender-Affirming Care H-185.927

**Topic:** Health Insurance
**Policy Subtopic:** Benefits and Coverage
**Meeting Type:** Interim
**Year Last Modified:** 2024
**Action:** Reaffirmed
**Type:** Health Policies
**Council & Committees:** Board of Trustees

1. Our American Medical Association recognizes that medical and surgical treatments for gender dysphoria and gender incongruence, as determined by shared decision making between the patient and physician, are medically necessary as outlined by generally-accepted standards **of** medical and surgical practice.
2. Our AMA will work with state and specialty societies and other interested stakeholders to:
    a. advocate for federal, state, and local laws and policies to protect access to **evidence-based care** for gender dysphoria and gender incongruence;
    b. oppose laws and policies that criminalize, prohibit or otherwise impede the provision **of evidence-based**, **gender-affirming care**, including laws and policies that penalize parents and guardians who support minors seeking and/or receiving **gender-affirming care**;
    c. support protections against violence and criminal, civil, and professional liability for physicians and institutions that provide **evidence-based**, genderaffirming **care** and patients who seek and/or receive such **care**, as well as their parents and guardians; and
    d. communicate with stakeholders and regulatory bodies about the importance **of gender-affirming care** for patients with gender dysphoria and gender incongruence.
3. Our AMA will advocate for equitable, **evidence-based** coverage **of gender-affirming care** by health insurance providers, including public and private insurers.

**Policy Timeline**

Res. 05, A-16 Modified: Res. 015, A-21 Modified: Res. 223, A-23 Appended: Res. 304, A-23 Reaffirmed: CSAPH Rep. 08, A-24 Reaffirmed: BOT Rep. 23, I-24