# Exhibit J to

# DECLARATION OF CHRIS ERCHULL IN SUPPORT OF PLAINTIFFS' EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION

American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN®

Donate

News Release

# AAP Statement on HHS Report Treatment for Pediatric Gender Dysphoria

By: Susan J. Kressly, MD, FAAP, president, American Academy of Pediatrics

**For Release:**
5/1/2025

**Media Contact:**
Jennifer Nimke

jnimke@aap.org

"The American Academy of Pediatrics (AAP) is deeply alarmed by the report released by the U.S. Department of Health and Human Services (HHS) today on medical care for transgender and gender-diverse individuals and the process that informed its development. For such an analysis to carry credibility, it must consider the totality of available data and the full spectrum of clinical outcomes rather than relying on select perspectives and a narrow set of data.

This report misrepresents the current medical consensus and fails to reflect the realities of pediatric care.

As we have seen with immunizations, bypassing medical expertise and scientific evidence has real consequences for the health of America's children. AAP was not consulted in the development of this report, yet our policy and intentions behind our recommendations were cited throughout in inaccurate

and misleading ways. The report prioritizes opinions over dispassionate reviews of evidence.

Patients, their families, and their physicians—not politicians or government officials —should be the ones to make decisions together about what care is best for them based on evidence-based, age-appropriate care.

We urge government officials and policymakers to approach these conversations with care, humility, and a commitment to considering the full breadth of peer-reviewed research. The AAP remains focused on supporting pediatricians in delivering the best possible care to every child, informed by science and the lived experiences of patients and families. We will continue to support the well-being of all children and access to high-quality care that meets their needs."

###

*The American Academy of Pediatrics is an organization of 67,000 primary care pediatricians, pediatric medical subspecialists and pediatric surgical specialists dedicated to the health, safety and well-being of infants, children, adolescents and young adults.*

© Copyright 2026 American Academy of Pediatrics. All rights reserved, including those for text and data mining, AI training, and similar technologies.