**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,<br><br>*Defendants.* | Civil Action No. 1:26-cv-803 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**

The Court has considered Plaintiffs' Expedited Motion for Preliminary Injunction, the supporting memorandum and materials, and the record. The Court finds that Plaintiffs have demonstrated a strong likelihood of success on the merits and the possibility that Plaintiffs face immediate, irreparable harm from the Rule titled "Prohibition on Federal Medicaid and Children's Health Insurance Program Funding for Sex-Rejecting Procedures Furnished to Children," 91 Fed. Reg. 52,406–52,474 (Aug. 13, 2026) (to be codified at 42 C.F.R. §§ 441.800–441.802 and 42 C.F.R. § 457.476) (the "Rule"). Plaintiffs are entitled to injunctive relief as follows:

1. The Court finds that Plaintiffs have carried their burden of showing that (a) they face a possibility of irreparable injury; (b) they are likely to succeed on the merits; (c) the balance

of equities favors Plaintiffs; and (d) the public interest favors relief. Accordingly, this preliminary injunction is **GRANTED** pursuant to Federal Rule of Civil Procedure 65(a) and the Court's inherent equitable powers.

2. Pending final judgment in this action or further order of the Court, Defendants United States Department of Health and Human Services, Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services, Centers for Medicare & Medicaid Services, and Mehmet Oz, in his official capacity as Administrator of CMS (collectively, "Defendants"), any subagencies of HHS, their officers, agents, successors, servants, employees, and attorneys, and any other persons who are in active concert or participation with them, as provided in Federal Rule of Civil Procedure 65(d)(2), are **ENJOINED** from implementing, enforcing, or applying the Rule, insofar as the Rule prohibits federal financial participation for puberty-suppressing medications or hormone therapy prescribed to Plaintiffs Grace Goe, Kylie Koe, Logan Loe, or Maya Moe to treat gender dysphoria.

3. This injunction is limited to the treatment and Plaintiffs identified in Paragraph 2. It does not enjoin or otherwise address the Rule's separate provisions concerning surgical procedures or its application to any person who is not a named Plaintiff.

4. Pursuant to Federal Rule of Civil Procedure 65(c), the Court waives security.

5. This Order is effective immediately and shall remain in effect pending final judgment in this action or further order of the Court.

**SO ORDERED**.

Dated: ___________________ ________________________________
United States District Judge