UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gina Goe, et al.

v. Civil No. 26-cv-803-SM-TSM

United States Department of Health and Human Services, et al.

O R D E R

Plaintiffs, proceeding anonymously, filed suit on October 1, 2026, against the United States Department of Health and Human Services, Secretary Robert F. Kennedy, Jr., the Centers for Medicare and Medicaid Services ("CMMS"), and Administrator Mehmet Oz, challenging a rule promulgated by the CMMS, which plaintiffs represent categorically denies treatment for gender dysphoria for all youth enrolled in Medicaid and the Children's Health Insurance Program. Doc. no. 1. On the same day, plaintiffs moved for a preliminary injunction under Federal Rule of Civil Procedure 65(a), asking the court to enjoin defendants from implementing and enforcing the new rule. Doc. no. 6. Defendants have not yet filed a response, nor is a response due until October 15, 2026.

In their conclusion to the motion for a preliminary injunction, plaintiffs state, "if this Court is unable to issue a preliminary injunction decision by October 13, 2026,

Plaintiffs respectfully request that this Court issue a temporary restraining order enjoining enforcement of the Rule as to Plaintiffs while this Motion remains pending." Doc. no. 7, at 53. Plaintiffs, however, do not address the requirements for a temporary restraining order. Fed. R. Civ. P. 65(b). In particular, plaintiffs did not provide an affidavit in support of the motion to "clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition." Fed. R. Civ. P. 65(b)(1). Nor do the facts alleged suggest such an emergency.

## Conclusion

For these reasons, to the extent plaintiffs intended to move for a temporary restraining order under Federal Rule of Civil Procedure 65(b), that request is denied.

Defendants shall respond to the motion for a preliminary injunction in the ordinary course.

SO ORDERED

Steven J. McAuliffe
United States District Judge

October 5, 2026

cc: Counsel of record.