# EXHIBIT A

**STATE OF NEW HAMPSHIRE**
**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
***OFFICE OF THE COMMISSIONER***

**Lori A. Weaver**
**Commissioner**

**Morissa S. Henn**
**Deputy Commissioner**

**129 PLEASANT STREET, CONCORD, NH 03301-3857**
**603-271-9200 1-800-852-3345 Ext. 9200**
**Fax: 603-271-4912 TDD Access: 1-800-735-2964 www.dhhs.nh.gov**

October 1, 2026

Dr. Mehmet Oz
Administrator
Centers for Medicare and Medicaid Services
7500 Security Boulevard
Mail Stop 00-00-00
Baltimore, Maryland 21244-1850

Re: NH Law Regarding Gender Dysphoria Treatment in Minors and Consistency with Federal Law

Dear Dr. Oz:

I write in response to your letter regarding gender dysphoria treatment in minors and your request for a response outlining the steps that have been taken by the New Hampshire Medicaid program to comply with the final administrative rule released on August 11, 2026 entitled Prohibition on Federal Medicaid and Children's Health Insurance Program Funding for Sex-Rejecting Procedures Furnished to Children.

I understand that the historical data referenced in your letter represents data from prior to when the New Hampshire legislature passed legislation regarding this issue. In 2024, the New Hampshire legislature enacted HB619 which generally prohibited "genital gender reassignment surgery" on individuals under the age of 18 as of January 1, 2025, unless required under specific circumstances.[1] See NH RSA 332-M.

The following year, in 2025, the New Hampshire legislature passed HB712. This legislation revised NH RSA 332-M to add a prohibition on performing chest surgery on an individual under 18 years old unless required under specific circumstances.[2] This act became effective on January 1, 2026.

Also, as part of the 2025 New Hampshire legislative session HB377 was passed and codified as NH RSA Chapter 332-N. NH RSA 332-N provides that medications or procedures offered to minors for the purpose of altering an appearance or to affirm a minor's perception of their gender inconsistent with their biological sex is prohibited. This includes treatments used to enable a minor to identify as or live as a gender inconsistent with their birth, or for treatment of distress or discomfort due to the minor's dissonance between sex and identity unless it is a "procedure undertaken to treat a minor born with a medically verifiable disorder of sex development as defined in RSA 332-M:2, II" or treatment was started prior to January 1, 2026. This prohibition took effect January 1, 2026.

---

[1] Exceptions to genital reassignment surgery prohibitions: reconstructive surgeries to correct malformation, malignancy, injury, or physical disease, removal of malignant, malformed, or damaged tissue, disorders of sex development, male circumcision.

[2] Exceptions for breast surgery: necessary treatment for cancer, gynecomastia, symptomatic macromastia, genetic deformities of the breast and/or chest wall, or reconstruction after an injury or infection that requires the removal of breast tissue.

**Timeline** - The recent CMS regulations issued on August 11, 2026, are largely consistent with New Hampshire law. With CMS regulations going into effect on October 13, 2026, New Hampshire law will have already been implemented by this date.

**Policy Changes** - The New Hampshire Medicaid Program does not anticipate any changes to the State Plan or 1115 demonstration waivers in response to this rule beyond the template assurance SPA (under public comment) regarding the Medicaid agency not claiming Federal financial participation under the plan for sex-rejecting procedures for children under the age of 18 pursuant to federal regulations at 42 C. F. R. 441 Subpart N. These services are defined at 42 C. F. R. §441.80.

**Operational Changes** - Significant further operational or administrative changes are also not expected beyond the changes being implemented to comply with New Hampshire law that preceded the federal rule.

**Beneficiary Impact and Transition** - The New Hampshire Medicaid program provides updates to the member handbook and works with the contracted Managed Care Organizations and Pharmacy Benefits Manager to enact and communicate changes to the program.

**Monitoring and Compliance** - The New Hampshire Medicaid Program is responsible for continued oversight of compliance by the Managed Care Organizations and Pharmacy Benefits Manger to enact appropriate prior authorization and claims processing in accordance with New Hampshire law and federal CMS rules and regulations.

Sincerely,

Lori A. Weaver
Commissioner

Henry D. Lipman
Medicaid Director

Jonathan Ballard, MD
Chief Medical Officer