**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,<br><br>*Plaintiffs,*<br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,<br><br>*Defendants.* | No. 1:26-cv-00803-SM-TSM |

**EXPERT REBUTTAL DECLARATION OF KATE MILLINGTON, MD IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Kate Millington, declare as follows:

1. I submit this expert declaration based on my personal knowledge.

2. If called to testify, I would testify truthfully based on my expert opinion.

3. In preparing this declaration, I reviewed the Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction, the Rule, and the HHS Review. As with my prior expert declaration, I relied on my scientific education and training, my research experience, and my knowledge of the scientific literature in the pertinent fields. The materials I have relied on in preparing this declaration are the same types of materials that experts in my field of study regularly rely on when forming opinions on these subjects. I may wish to supplement these opinions or the

bases for them based on new scientific research or publications or in response to statements and issues that may arise in my area of expertise.

**Medical Treatment for Gender Dysphoria in Minors**

4. As discussed in my opening declaration, I have extensive clinical experience in caring for transgender patients and patients with disorders of sex development as well as a variety of endocrine conditions including disorders of growth and puberty, diabetes, and thyroid disease. The care of transgender youth is the major focus of my clinical practice, research, and teaching. I have been caring for transgender youth since 2018 and have personally cared for hundreds of transgender patients.

5. Medical interventions for the treatment of gender dysphoria in minors has broad support in the medical research for decades. The overwhelming conclusion from the available medical research, including systematic reviews, is that medical interventions for transgender youth improve gender dysphoria, anxiety, depression, and psychological well-being. In particular, puberty blocking medications have been consistently shown to achieve their intended purpose of preventing the worsening of gender dysphoria, and gender affirming hormones have similarly been shown to improve gender dysphoria in adolescents.

6. The course of puberty blocking medications is not indefinite but instead is tailored to the individual patient. Patients may continue puberty blocking medications until they are on an appropriate dose of gender affirming hormones (GAH), switch to another medicine to reduce the effect of their endogenous hormone, or have a surgical procedure. Rarely, patients may choose to stop puberty blocking medications and allow their endogenous puberty to progress. All of these options are discussed with patients and are part of gender affirming care.

7. The evidence used to guide decision making in the care of transgender youth is no different in terms of its quality than the evidence in other areas of pediatrics. Likewise, the medications used in the care of transgender youth are safe and routinely used in other pediatric endocrine conditions.

8. Throughout my clinical experience, I have understood that when clinicians discuss medical treatment or a course of treatment for gender dysphoria in minors, those terms mean a course of care that includes all anticipated phases of treatment. I would understand directing treatment for gender dysphoria to refer to managing treatment over time, including monitoring the patient, adjusting dosages and formulation, and moving to the next phase as clinically indicated.

9. In addition, when discussing medical treatment for gender dysphoria in minors, I have understood that this would include all medications that might be prescribed related to a gender dysphoria diagnosis. This would include both GnRHa and gender affirming hormones (GAH), which I described in my opening declaration, as well as medications to blunt the effect of male-type hormones for transgender women (e.g., the anti-androgens spironolactone and finasteride) and medications to reduce menses in transgender men (e.g., menstrual management). All these medications are used in other conditions and are considered safe. For example, spironolactone was originally developed and FDA treatment for high blood pressure, heart failure, and fluid retention. After its anti-androgen properties were recognized, it became routinely used off label for patients with acne and polyendocrine metabolic syndrome (PMOS) as well as in transgender care.

## The HHS Review

10. Defendants discuss the HHS Review. As an initial matter, none of the authors of the HHS Review specializes in the medical treatment of gender dysphoria in minors. The opinions

discussed in the HHS Review are not consistent with current evidence-based standards of care or practice guidelines for the treatment of gender dysphoria in minors.

## I. Medical Research Regarding the Treatment of Gender Dysphoria in Minors

11. The HHS Review states that the overall quality of research concerning the effects of hormonal interventions for minors is of a “very low certainty.” As discussed in my opening report, this is false. Gender affirming medical treatment for minors has been shown to be effective at reducing gender dysphoria.

12. Medical knowledge is established through hypothesis-driven scientific studies. Medical research studies can include a few or many participants, can be prospective or retrospective, randomized or observational. Different medical questions are best answered by different types of research studies.

13. Research studies can be divided into observational and experimental studies. Observational studies include case series, cohort studies, case-control studies, and cross-sectional studies. Experimental studies include randomized and nonrandomized trials which can have either a parallel or crossover design. In an experimental study, the researcher is changing something about the participant’s environment or exposures (e.g., giving a group of people a certain medicine), and in an observational study the researcher is simply observing what is already happening.

14. In a cohort study**,** a group of people (a *cohort*) who are exposed to something of interest (e.g., a lifestyle habit, environmental factor, etc.) are followed over time to see if they develop a disease or condition. The cohort that was exposed is then compared to a group that was not exposed. For example, a group of smokers and a group of nonsmokers may be followed for 10 years to see how many people in each group develop lung cancer. Cohort studies can suggest links

between exposures and outcomes but cannot directly prove cause and effect. They typically need to run for many years to decades to effectively capture the outcome of interest. Cohort studies are useful to study relatively common outcomes and to establish timelines between exposures and outcomes. They are also used to study exposures that you could not randomize people to. For example, you could not randomize some people to smoke and some to not smoke, but you can use an observational cohort study to study what happens to people who smoke. (Bosdriesz et al., 2020)

15. In a case control study researchers start by identifying people who have a disease or condition (*cases*) and those who don't have the disease or condition (*controls*). They then look back in time to see if they can identify exposures that are different between the *cases* and *controls*. A case control study may compare people who have lung cancer and those without it to see if rates of smoking are different between the two groups. Like cohort studies, case control studies can suggest associations between exposures and outcomes but cannot prove causality. Case control studies can be more efficient than cohort studies because you are selecting participants who already have the outcome you are interested in studying. They are useful for studying conditions that develop slowly.

16. Randomized control trials (RCTs) are experimental studies where participants are randomly assigned by the researcher to receive an intervention (e.g., a medication, educational initiative, etc.) or not (placebo group). Randomizing the assignment of participants to the intervention and placebo groups helps to reduce bias in who receives the intervention (e.g., only giving the medication to certain populations or to the healthiest patients). RCTs can establish causation. They are most useful for studying an intended outcome of an intervention that is relatively common and occurs in a reasonable time frame. Although they are the "gold standard" for establishing cause and effect between an exposure and an outcome, RCTs are not always

appropriate or possible and are not always necessary. If an observational study has established a clear benefit (e.g., insulin in diabetes, or antibiotics for certain infections) then an RCT would be inappropriate and unnecessary. RCTs are also not well suited for outcomes that are rare or take a long time to appear, or if participation in the treatment group rather than the placebo group would be obvious to the participants. The researchers also must be sure that there is no known difference between the placebo and the treatment groups, otherwise it would not be ethical to randomize people to receive either one.

17. Medical knowledge can also be gained from case reports or case series. A case report is a story about one or a few patients. A case series is a collection of several case reports. Because case reports only describe one or a few patients, they are considered the lowest level of evidence. They are not generalizable to larger populations, cannot establish cause and effect, and are subject to a lot of bias. These types of reports are useful for describing a rare condition, giving early evidence for a new therapy, identifying potentially new diseases, and generating hypotheses for future research. They document conditions of phenomena that should be furthered studied, but in the absence of additional studies almost never lead to a change in clinical practice. (Black, 1996; Bosdriesz et al., 2020)

18. Systematic reviews are careful summaries of research where authors clearly define inclusion criteria, gather all the studies that fit those criteria, and then rigorously analyze those studies using consistent criteria. (Brignardello-Petersen et al., 2024) The HHS Review is an overview of systematic reviews—also known as an "umbrella review."

19. To guide their analysis, authors of systematic reviews use different frameworks, such as GRADE (Grading of Recommendations Assessment, Development and Evaluation) or the

Newcastle-Ottawa scale, to evaluate the certainty of the published evidence. (Berkman et al., 2015; Brignardello-Petersen et al., 2021)

20. The GRADE scale classifies evidence as high, moderate, low, or very low certainty. The initial rating is driven primarily by the type of studies included in the review—low certainty for observational studies and high for RCTs. Therefore, stating that a therapy has "low quality evidence" is not saying that the therapy is dangerous, has evidence of harm, or has no evidence. It is a statement in part about the types of studies examining the therapy available at the time the review was written.

21. Systematic reviews are important tools to understand the available evidence for a treatment outcome. However, the majority of medical decisions are made in settings with no or very low-quality evidence by the metrics used in systematic reviews. Studies examining the quality of evidence by the GRADE scale in a large database of systematic reviews across all of medicine, the Cochrane Database of Systematic Reviews, found that most reviews (55.7%) reported a low or very low level of evidence and only 4.1% to 5.6% of interventions had high-quality evidence. (Fleming et al., 2016; Howick et al., 2022) Medical interventions and decisions based on low-quality evidence are the rule, not the exception.

22. All types of research studies are commonly used in medicine. In my own field, there are several common clinical situations that are supported by limited low-quality evidence—stress dose steroids for minor illness in adrenal insufficiency, diagnosis of adrenal insufficiency, and the treatment of PMOS to name a few. (Bornstein et al., 2016; Teede et al., 2023) There are many common endocrine conditions that have never been tested with RCTs.

23. The use of levothyroxine in hypothyroidism is an illustrative example. Levothyroxine, or synthetic thyroid hormone, is routinely used in the treatment of hypothyroidism,

a condition where the thyroid stops producing enough thyroid hormone. In fact, levothyroxine is the second most prescribed medication in the United States. The use of levothyroxine was established by observational studies first of thyroid extracts in the 1890s and then synthetic thyroid hormone in the 1920s. (Kahaly, 2021) We use levothyroxine all the time, but it has never been tested via an RCT.

24. The use of growth hormone treatment in idiopathic short stature is another example. Growth hormone administered via daily injection over many years is given to children who are otherwise healthy in order to improve their adult height. On average, this produces an improvement in adult height of 1.5–2.5 inches, although there is a lot of variability in individual patient response. Growth hormone use has side effects (e.g., increased pressure around the brain, increased risk for diabetes, increased risk for certain types of bone fractures, etc.) and may carry an increased risk of cardiovascular events in adulthood. (Grimberg et al., 2017; Tidblad et al., 2021) There is no evidence that short stature in the range typically treated leads to disability, morbidity, or mortality which has led some to question if the risks are worth the benefit. (D. B. Allen, 2006; Cohen, 2014; Grimberg et al., 2017) However, because of a societal bias towards height especially in cisgender boys, growth hormone treatment is frequently requested by families and prescribed by pediatric endocrinologists. (Grimberg et al., 2015)

25. The treatment of idiopathic short stature is an example of a common clinical scenario encountered in pediatric endocrinology that requires the clinician to weigh the risks, benefits, patient characteristics, and patient goals. The consideration of the balance of evidence and treatment plan in the treatment of idiopathic short stature, like in gender affirming care, requires the expertise of a physician and should happen between the doctor, patient, and family.

26. To help clinicians make medical decisions, medical societies write clinical guidelines. Clinical guidelines are written by groups of experts after a careful review of the available literature. Such a review would include review of observational studies, case reports and series, RCTs, and expert opinion. The guidelines regarding the care of transgender youth were written in this fashion. (Coleman et al., 2022; Hembree et al., 2017)

27. The literature on outcomes of GnRHa and GAH in transgender youth has also been summarized in several systematic reviews. (Baker et al., 2021; Doyle et al., 2023; Thompson et al., 2023; Heathcote et al., 2024; Taylor, Hall, Heathcote, Hewitt et al., 2024b, 2024a; Taylor, Mitchell, Hall, Heathcote et al., 2024; Taylor, Mitchell, Hall, Langton et al., 2024; Miroshnychenko et al., 2025a; Miroshnychenko et al., 2025b) and reports. (Cass, 2024; Dopp et al., 2024; Strohecker et al., 2024)

28. These systematic reviews cover an overlapping body of evidence and have reached similar conclusions with regards to the outcomes associated with gender affirming medical care. A review completed by the RAND Corporation concluded that although the evidence was low or low certainty, "findings indicated low regret, low dissatisfaction levels, and low side effects and complications (all with very low certainty)" and "[s]ome studies found mental health improvements following hormones and surgeries, but others found no effects (very low certainty for all instances of the outcome, because of inconsistent study findings)." (Dopp et al., 2024)

29. The same review found that "gender identity and expression change efforts" (i.e., conversion therapy), which have been suggested as an alternative to medical treatment, were "associated with increases in suicidality (low certainty) and increases or no change in mental health symptoms (very low certainty)."

30. The Cass Report, commissioned by the National Health Service in England, itself commissioned several reviews that were conducted by a team at the University of York. Based on these reviews, the Cass Report noted that "[t]here is suggestive evidence from mainly pre-post studies that hormone treatment may improve psychological health, although robust research with long-term follow-up is needed." (Cass, 2024) The York reviews commissioned for the Cass Report found that 34 of the 53 reviewed studies assessing outcomes of youth with gender dysphoria treated with gender affirming hormones were of moderate or high (one study) quality evidence using the Newcastle-Ottawa Scale, and that there were 26 studies of moderate to high-quality assessing outcomes of youth with gender dysphoria treated with GnRHa medications. (Taylor et al., 2024a; Taylor et al., 2024b)

31. A report commissioned by the Utah Department of Health and Human Services as part of the moratorium on gender affirming care for youth passed by Utah legislators in January 2023 and completed by the University of Utah, which again reviewed the same body of literature, reached the following conclusion: "The conventional wisdom among non-experts has long been that there are limited data on the use of [gender affirming hormone therapy] in pediatric patients with [gender dysphoria]. However, results from our exhaustive literature searches have led us to the opposite conclusion." And "[t]he consensus of the evidence supports that the treatments are effective in terms of mental health, psychosocial outcomes, and the induction of body changes consistent with the affirmed gender in pediatric [gender dysphoria] patients. The evidence also supports that the treatments are safe in terms of changes to bone density, cardiovascular risk factors, metabolic changes, and cancer." (Strohecker et al., 2024)

32. The highest quality evidence by these grading systems is given by large RCTs. These types of trials are not feasible in many areas of pediatrics, including gender affirming care.

To conduct a RCT where participants are randomized to a treatment group or placebo group, you have to be certain that the placebo confers no added known risk over the treatment group at the start of the trial. (Emanuel et al., 2000)

33. In a RCT of gender affirmative treatment, transgender youth randomized to the placebo group would not receive GnRHa and would experience the body changes associated with a puberty not aligned to their gender identity or would not receive GAH and would continue to live in a body not aligned with their gender identity. This is not a neutral choice. Research tells us that untreated transgender youth have higher risks of poor mental health outcomes and suicidal thoughts. (Becerra-Culqui et al., 2018; Lucas et al., 2024; van der Miesen et al., 2020)

34. Furthermore, RCTs in children are held to a higher standard given the vulnerability of children. Studies in children must limit risk to no more than minimal risk, unless providing a direct benefit to children in the trial. (Field et al., 2004) Thus, an RCT of gender affirming medical treatment for youth that withheld treatment would not be ethical.

35. In the absence of RCTs in this population, cohort studies including pre-post studies where participants are compared to themselves before treatment are the highest quality studies available. These types of studies demonstrating the efficacy of gender affirming care are cited throughout my opening declaration.

## II. Medical Treatments for Gender Dysphoria are Safe

### A. Infertility

36. A discussion of fertility, the impact of medications on fertility, and fertility preservation options is part of the counseling before starting any gender affirming medications. The conversation starts at the initial medical visit and is revisited again at key junctions in the treatment journey. The guidelines include a recommendation that all transgender youth receiving

gender affirming medications receive fertility preservation and, if desired, be referred to a fertility specialist. (Coleman et al., 2022; Hembree et al., 2017)

37. GnRHa temporarily stop the development of eggs and sperm. If treatment is stopped—either before starting GAH or later in adulthood—fertility will resume normally. Long-term studies have shown that people who use GnRHa have the same rates of pregnancy and pregnancy outcomes as those who do not. (Lazar et al., 2014; Martinerie et al., 2021)

38. If GnRHa treatment is followed by GAH, eggs or sperm may never fully develop. In adulthood, individuals can choose to stop treatment to allow puberty and gamete development to resume, or explore other options for building a family—such as egg or sperm donation, embryo adoption, or adoption. (Cheng et al., 2019; De Roo et al., 2025) For transgender youth starting GAH without prior GnRHa, current guidelines recommend discussing fertility preservation, like banking eggs or sperm. (Coleman et al., 2022; Hembree et al., 2017) However, even if they are unable to preserve eggs or sperm, there is growing evidence that some transgender adults who have used GAH have had successful pregnancies and births. (Baram et al., 2019; De Roo et al., 2025; Light et al., 2014)

39. Gender affirming care is not the only area in pediatrics where fertility may be affected, and fertility preservation is recommended. For example, chemotherapy poses a high and well-known risk of infertility. Yet even in that setting, fertility preservation is not routinely done due to various barriers. (Johnson et al., 2017; Yang et al., 2024) For any treatment that may impact fertility, patients, families, and care teams should discuss the risks and benefits, including the consequences of delaying or avoiding treatment.

**B. Bone Density Accrual**

40. Puberty is a time of peak bone mass accrual, and estrogen and testosterone are important for the development of bone mass. The bone mass that is accumulated during puberty determines lifetime skeletal health, and impaired bone mass accrual during this time can increase the risk of osteoporosis in adulthood. There have been multiple studies of bone health in transgender individuals. (Guss et al., 2022; Joseph et al., 2019; Klink et al., 2015; Lee, 2023; Lee et al., 2020; Navabi et al., 2021; Schagen et al., 2020; Van Der Loos et al., 2023; Vlot et al., 2017) In general, these studies have found that GnRHa pause bone mass accrual and that once patients receive GAH their bone mass accrual resumes and they end up with normal bone mass.

41. Multiple studies have found that transgender youth have lower bone mineral density compared to their peers before receiving GnRHa. (Hodax et al., 2023; Klaver et al., 2020; Lee et al., 2020; Navabi et al., 2021; Schagen et al., 2020; Vlot et al., 2017) These studies also found that transgender youth have lower Vitamin D levels, report lower calcium intake, and lower physical activity levels than their cisgender peers. Vitamin D, calcium, and physical activity are factors that improve bone health. I recommend that all my patients take vitamin D supplements, get the recommended daily amount of calcium (1300 mg for adolescents), and engage in physical activity. I have never had a patient receiving gender affirming medical care sustain a broken bone without a clear mechanism (e.g., falling from a horse, sports injury, etc.).

42. Many of the older studies on bone health only included short term outcomes. One recent article by van der Loos et. al., looked at 75 individuals with over nine years of follow-up. This study found that during GnRHa treatment, bone mineral density decreased when compared to age and sex matched peers, however, after treatment with GAH bone density recovered to match

their peers with the exception of one site, the lumbar spine, in those DMAB. (Van Der Loos et al., 2023)

43. In summary, although bone mineral density does decrease compared to peers during GnRHa, it recovers after GAH treatment.

**C. Sexual Dysfunction**

44. Sexual functioning is influenced by multiple factors including biological (e.g., hormone treatments, surgical history, etc.), psychological factors, social and relationship factors, and cultural influences. Gender affirming care can impact any or all of these domains.

45. The effect of gender affirming medical care on sexual functioning differs by treatment modality. For transgender males, testosterone leads to increased libido, sexual arousal, and overall sexual satisfaction. Transgender females receiving estrogen, which leads to a decrease in testosterone levels, experience reduced sexual desire and fewer spontaneous erections.[1] However, many transgender females do not find the change in sexual functioning to be distressing.

46. There is no difference in sexual functioning between transgender individuals who received GnRHa in conjunction with GAH and those who received GAH alone.[2]

47. Gender affirming surgery is associated with an increase in sexual activity, orgasm quality, and sexual satisfaction in both transgender women and men.[3]

---

[1] Kerckhof M.E., et. al, *Prevalence of Sexual Dysfunctions in Transgender Persons: Results from the ENIGI Follow-Up Study*, J Sex Med. (2019) Dec;16(12):2018-2029; Mattawanon N., et al., *Sexual Dysfunction in Transgender People: A Systematic Review*, Urol Clin North Am. 2021 Nov;48(4):437-460; Holmberg, M., et al., *Supporting Sexuality and Improving Sexual Function in Transgender Persons*, Nat Rev Urol. 16, 121–139 (2019).

[2] Van der Meulen I.S., et al., *Sexual Satisfaction and Dysfunction in Transgender Adults Following Puberty Suppression Treatment During Adolescence*, J Sex Med. 2025 Aug 4;22(8).

[3] Holmberg, M., et al., *Supporting Sexuality and Improving Sexual Function in Transgender Persons*, Nat Rev Urol 16, 121–139 (2019).

**Treatment Protocols in Europe**

48. Defendants reference the reports and decisions of certain European countries and agencies to purportedly demonstrate a lack of support for gender affirming medical treatment for transgender minors.

49. Most importantly, none of the countries Defendants discuss ban the medical treatment in its entirety nor do they ban federal funding for those treatments.[4]

50. In the United Kingdom, medical treatment for gender dysphoria for minors is available for existing patients who were already receiving treatment prior to restrictions or those in approved clinical trials.[5] As discussed above, the Cass Report, commissioned by the National Health Service in the United Kingdom noted that there is evidence that hormone treatment may improve psychological health.[6]

51. Although the Swedish National Board of Health and Welfare has stated, "Treatment with GnRH analogues, gender-affirming hormones, and mastectomy can be administered in

---

[4] House of Lords Library Staff, *Hormone treatments and age consent: Government policy*, UK Parliament (October 15, 2026), https://lordslibrary.parliament.uk/hormone-treatments-and-age-consent-government-policy/#heading-1; Nat'l Board of Health and Welfare, *Care of children and adolescents with gender dysphoria Summary of national guidelines December 2022*, Socialstyrelsen (2023), https://www.socialstyrelsen.se/contentassets/444af6c0a5fb429c9b56fd51b931a816/2023-1-8330.pdf ; *Recommendation of the Council for Choices in Healthcare in Finland (PALCO/COHERE Finland)*, Society for Evidence-Based Gender Medicine (2020), https://segm.org/sites/default/files/Finnish_Guidelines_2020_Minors_Unofficial%20Translation.pdf; Mette Vinther Hansen et al., *Health services for children and young people with gender discomfort*, Ugeskrift for Læger (July 3, 2023), https://ugeskriftet.dk/videnskab/sundhedsfaglige-tilbud-til-born-og-unge-med-konsubehag; Karena Phan, *Norway didn't ban gender-affirming care for minors, as headline falsely claims*, AP News (June 8, 2023), https://apnews.com/article/fact-check-norway-not-ban-gender-affirming-care-956221436313.

[5] House of Lords Library Staff, *Hormone treatments and age consent: Government policy*, UK Parliament (October 15, 2026), https://lordslibrary.parliament.uk/hormone-treatments-and-age-consent-government-policy/#heading-1.

[6] Cass, H. (2024), Independent review of gender identity services for children and young people: Final report, https://cass.independent-review.uk/home/publications/final-report/.

exceptional cases," it clarifies that by exceptional cases it means the criteria used by the "Dutch protocol" which is the basis for the clinical practice guidelines in the United States.[7]

52. Finland's policy states that in "clear cases of pre-pubertal onset of gender dysphoria that intensified during puberty" a minor can be assessed for the appropriateness of puberty suppression. Those who have already undergone puberty and "whose gender dysphoria occurs in the absence of co-occurring symptoms requiring psychiatric treatment, and whose experience of transgender identity failed to resolve following a period of reflection" can be assessed for the appropriateness of hormone therapy.[8]

53. Denmark has a centralized pediatric gender service, which encompasses intake, evaluation, consultation, and may provide referrals for puberty blockers and cross-sex hormones.[9]

54. Norway's guidelines require minors to undergo an assessment by a team of healthcare specialists and then those individuals who qualify can receive puberty-delaying treatment once puberty has started, and hormone therapy no earlier than age 16.[10]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of October 2026.

Kate Millington, MD

---

[7] Nat'l Board of Health and Welfare, *supra* n. 4.

[8] *Recommendation of the Council for Choices in Healthcare in Finland (PALCO/COHERE Finland)*, *supra* n. 4.

[9] Mette Vinther Hansen et al., *supra* n. 4.

[10] Karena Phan, *supra* n. 4.