**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants*.

Case No. 1:26-cv-00803-SM-TSM

**ASSENTED TO MOTION TO STAY DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT PENDING THE COURT'S RULING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Defendants respectfully move to stay their deadline to respond to Plaintiffs' operative Complaint (Dkt. #1) pending the Court's ruling on Plaintiffs' Motion for Preliminary Injunction (Dkt. #6). A proposed order is attached to this Motion. In support, Defendants state:

1. Defendants' deadline to respond to the Complaint is Monday, November 30, 2026. *See* FED. R. CIV. P. 12(a)(2); (Dkt. #1; Dkt. #1-2).

2. With respect to Plaintiffs' Motion for Preliminary Injunction (Dkt. #6), on November 16, 2026, the Court ordered the Parties to file supplemental briefs addressing four specific questions the Court posed by November 30, 2026. (Dkt. #39 at 9).

3. Because the Court's ultimate decision regarding Plaintiffs' Motion for Preliminary Injunction (Dkt. #6) will likely impact the next stage of the case, and in the interest of judicial economy, the Parties agree that staying Defendants' deadline to respond to the Complaint until the Court rules on Plaintiffs' Motion for Preliminary Injunction (Dkt. #6) would be prudent.

4. The Parties further agree to meet, confer, and file a joint status report to propose a schedule for further proceedings after the Court issues its decision on Plaintiffs' Motion for Preliminary Injunction (Dkt. #6). Defendants suggest that the joint status report be due fourteen days after the Court's ruling on Plaintiffs' Motion for Preliminary Injunction.

5. Pursuant to Local Rule 7.1(c), undersigned counsel sought the concurrence of Plaintiffs' Counsel for Defendants to file this Motion. Plaintiffs' Counsel indicated that Plaintiffs assent to the relief requested this Motion seeks.

Dated: November 25, 2026

Respectfully Submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director

*<u>/s/ Matthew J. Mussalli, Jr.</u>*
Matthew J. Mussalli, Jr.
(TX Bar No. 24124531)
J. Stephen Tagert
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-3811
Email: Matthew.J.Mussalli@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on November 25, 2026, I filed this document through the Court's CM/ECF system, which will send notice of the filing to all counsel of record.

*/s/ Matthew J. Mussalli, Jr.*
Matthew J. Mussalli, Jr.