**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

GINA GOE, individually and as parent and next friend of GRACE GOE; KARLA KOE, individually and as parent and next friend of KYLIE KOE; LAURA LOE, individually and as parent and next friend of LOGAN LOE; and MELISSA MOE, individually and as parent and next friend of MAYA MOE,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; CENTERS FOR MEDICARE & MEDICAID SERVICES; and MEHMET OZ, in his official capacity as Administrator of CMS,

*Defendants*.

Case No. 1:26-cv-00803-SM-TSM

**[PROPOSED] ORDER**

Upon consideration of Defendants' Assented To Motion to Stay Defendants' Deadline to Respond to the Complaint Pending the Court's Ruling on Plaintiffs' Motion for Preliminary Injunction, and good cause having been shown, the Motion is **GRANTED**. Within fourteen days of the Court's decision regarding Plaintiffs' Motion for Preliminary Injunction (Dkt. #6), the Parties shall file a joint status report proposing a schedule for further proceedings.

IT IS SO ORDERED.

Dated: ____________________, 2026

____________________________
The Hon. Steven J. McAuliffe
United States District Judge